Exhibit #1 1A

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Ball, Roslind

ID# : R89720

Facility: Logan

1/25/22
Date

This is in response to your grievance received on __12/16/21__ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __10/18/21__    Grievance Number: __10.107.21__    Griev Loc: __Logan__

☐ Transfer denied by the Facility

☐ Dietary

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

■ Other  Medical treatment; 9/14/21 states was informed by Dr. Tsang of stage 1 breast cancer. 7/6/20 was told of abscess in left breast

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

■ Other:  Facility HCUA reported response shows Individual in Custody was seen concerning issue, referrals made and given proper medical care. Reports indicate Roslind Ball continues to be seen by medical unit. Request HCU for further health care.

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden, __Logan__ Correctional Center
Ball, Roslind ____ , ID# __R89720__

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Exhibit #13 1:23-cv-03245-JES-JEH  # 1-1  Filed: 08/01/23   Page 2 of 101

Assigned Grievance Information:

Housing Unit: 6-N-16   Bed #: L1

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                          2nd Lvl rec:

| Date: 10-18-21 | Offender (please print) Rosling Ball | ID #: R89720 | Race (optional): |

| Present Facility: Logan Correctional Center | Facility where grievance issue occurred: Logan Correctional Center |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [x] Other (specify): Logan Healthcare Department, Dr. Tsang, Wexford Healthcare Se
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

10-18-21 Date of report   Logan Correctional Center Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the above date 9-14-21 I was told by Dr. Tsang that I have stage one breast cancer. On 7-08-20 I was told that I had an abscess in my left breast and given Clindamycin 300 mg for treatment by nurse Alexander. On 7-14-20 I had an appointment with Dr. Tsang during this appointment Dr. Tsang gave me a manual breast exam in which she discovered that I had several cyst in my breast and prescribed me vitamin E pills to help treat fibrocystic breast disease which she said I suffered from. On 9-22-20 [x] Continued on reverse

**Relief Requested:**

I am requesting punitive and consequential damages for my pain and suffering. For over a year I complained about my medical issues and was ignored due to my age and medical malpractice. I am also requesting that dispite a womans age if she has any type of mass, lump, cyst in her breast she should be given a mammogram/biopsy to determine her actual medical condi So she can receive the proper medical care that is needed. U/S cant determine if a person has cancer.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

Rosling Ball   R89720   10-18-21
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 10-22-2021   [x] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Spoke with HCUAdministrator Hickle. Hickle stated Individual had an ultrasound of her breast following complaints of breast pain on 10/19/2020. The results were benign. Individual had a followup with the Nurse Practitioner to discuss results. The individual did not sign up for sick call regarding her breast again until 6/29/2021. She was seen by nursing staff and referred to the NP. She was seen by the NP on 7/2/2021 and a mammogram was ordered. Individual had her mammogram done at DMH on 7/28/2021. She was then followed up by DMH. She had an excision of the area and has since been seen/referred to DMH breast center. All protocals were followed. Individual has been given proper medical care.

B Evans   [signature]   10-26-2021
Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received:

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

Exhibit #

Assigned Grievance # /Institution _____

Housing Unit: 6-N-16   Bed #: L4

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

I go to sickcall again complaining of having sharp shooting pain in my left breast once again I am prescribed Vitamin E for breast tenderness and scheduled for an ultra sound of my left breast by Nurse Tucker. On 10-19-20 I am given an U/S of my left breast. On 10-28-20 the results from the U/S are back. On 11-04-I am called to healthcare by N.P. Tucker to discuss the results of the U/S was done on my left breast. I was told by N.P. Tucker that the results came back and that they were benign. The masses/scar tissue in my breast were not cancer. Over the next several months whenever I signed up for sickcall for various reasons I still would make mention of having sharp shooting pain in my left breast. I was told by one nurse "Oh it's probably just old scar tissue or old infection sitting in your breast from the abscess you use to have. At a different sickcall appointment when I spoke upon the pain in my left breast and that I was in fear of having breast cancer the nurse told me "If I am in as much pain that I say that I am in then I would not have breast cancer". As if to say people who have breast cancer do not suffer from pain. Please do note that everything that I spoke upon at sickcall was not documented more than likely because when my file was being reviewed as I made these complaints of still having sharp pain in my left breast, I believe the nurses were reading the results from the U/S that was performed on 10-19-20 in which the results stated that masses in my breast were benign. On 7-02-21 I go to sickcall still complaining of shooting sharp pain in my left breast and that I am in fear that I have breast cancer. I was asked by N.P. Tucker does breast cancer run in my family? and I told her no but, cancer does run on my father's side of the family. N.P. Tucker gave me an mannual breast exam and discovered the mass in my breast had moved from where it was originally was from looking at the results of the U/S done on 10-28-20 of my left breast. N.P. Tucker then scheduled for me to have mammogram done at Decauter Hospital. On 7-28-21 I go to Decauter Hospital and receive an mammogram. On 8-16-21 I go back to Decauter Hospital and speak with a Dr. Coilman and I asked him is he going to remove from my left breast the old scar tissue/infection left behind from the old abscess that was in my breast as I was told by the physicians at Logan Correctional Center were that those issues were the cause of my chronic pain in my left breast. Dr. Coilman informed me that it is probably not scar tissue/infection in your breast more than likely it's cancer. On 9-07-21 I am taken to Decauter Hospital where Dr. Coilman does a left duct incision and biopsy on my left breast. On 9-14-21 Dr. Tsong calls me over to healthcare to inform me that the results from my biopsy are back and I have breast cancer. Dr. Tsong tells me she's going to schedule me an appointment with a breast surgeon and oncologist because I will probably need radiation down the road. Dr. Tsong then explained to me that because I had an abscess in my breast that it caused an infection, and infect cause inflamation and inflamation causes cancer. I told Dr. Tsong for months the medical staff here kept telling me "the reason I was still experiencing pain in my breast was due to old infection sitting in my breast because of the abscess that I had". I then told Dr. Tsong when I was given the Clindamycin that also for treatment for the abscess it did stop my breast from bleeding but why would I not be given a different antibiotic if there was even an thought to there still being any infection in my breast/body as told to me by medical staff? Dr. Tsong said to me "I'm glad we caught the cancer now because we don't give women your age mammograms". Dr. Tsong then showed me the results from the U/S done on my left breast on 10-19-20 in which the results came back benign. I then asked Dr. Tsong how could those U/S results say the masses in my breast were benign and you and the healthcare workers at Logan Correctional Center agree with

Distribution: Master File; Offender

Exhibit #2 A

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note
LOGAN CORRECTIONAL CTR Center

Date:   07/08/2020 08:49

Page 1 of 2

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |

Race: B                    Gender: female                    Date of Birth: 08/17/1986

**Provider Offender Progress Note**

Current Vitals: T: 96.5 (Temporal)    P: 72 (Sitting)    R: 16 / min    B/P:  110 / 70 (Sitting)
            Height: 67 Cm    Weight: 215.03 Lbs.
Current Vitals Date: 6/18/2020

Allergies:      shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems.

        Mental Health:
        Depressive Disorder:   Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

        Not Specified:
                Well Woman Examination First Observed 7/9/2014 07:04PM
                Seizures First Observed 7/23/2014 08:37AM
                Acne First Observed 7/23/2014 08:37AM
                Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
                Breast Discharge First Observed 2/17/2015 10:34AM
                Np Calluses First Observed 2/17/2015 11:16AM
                Menorrhagia First Observed 1/8/2016 03:12PM
                Uterine Fibroids First Observed 9/16/2016 12:54PM
                Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
                Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM
                Thrombocytopenia   First Observed 6/25/2020 11:22PM
                Enlargement Of Lymph Nodes First Observed 6/25/2020 11:25PM

Medications:
LEVETIRACETAM 250 MG,   1 TABS ORAL(po) QAM
DHS TAR GEL 0.5 %,   1 APPLICS TOPICALLY Q 3DAYS
        *Special Instructions:* PER NP BODINE
SERTRALINE HCL 100 MG,   1 TABS ORAL(po) QAM
SERTRALINE HCL 50 MG,   1 TABS ORAL(po) QAM

Date/Time :   7/8/20

**Subjective:**
Patient c/o left nipple bleeding that started 2 weeks ago. States that her left breast feels hard and firm under the left nipple. Painful to the touch. Denies any fevers or chills. No other concerns to discuss today.

**Objective:**
Patient is alert and oriented x 3, no acute distress. Non toxic appearing
Lungs clear to auscultation bilaterally
RRR, S1, S2
Erythema, firmness and warmth noted to left breast at 6:00. TTP. No current nipple discharge noted.

Exhibit #2 15
3:23-cv-03245-JES-JEH  # 1-1    Filed: 08/01/23    Page 5 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note
LOGAN CORRECTIONAL CTR Center

Date:  07/08/2020 08:49

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | Mi | | |

Race: B | Gender: female | Date of Birth: 08/17/1986

**Assessment:**
Mastitis

**Plan:**
Take Clindamycin as directed. Scheduled appointment with NP Davlin to f/u on 7/16/20. May need breast US

Started Meds:
     CLINDAMYCIN HCL 300 MG CAPSULE 59762501001        07/08/2020 09:28
          1    CAPSULES ORAL(po) THREE TIMES DAILY x 7 Days
                    Special Instructions:30 (150 Mg) Capsules Given From Floor Stock. Pls
                    Send The Rest
               STOP DATE: 07/15/2020 09:28            REFILLS: 0

**Education:**
Take antibiotic as directed. Return if worsening symptoms or fevers

☐   $5.00 Co-pay

Electronically Signed by ALEXANDER, CARRIE A.R.N.P. on 07/08/2020.
##And No Others##

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note
LOGAN CORRECTIONAL CTR Center

Date: 07/14/2020 17:58



Offender Information

| BALL | ROSLIND | | ID#: R89720 |
|---|---|---|---|
| Last Name | First Name | MI | |
| Race: B | Gender: female | Date of Birth: 08/17/1986 | |

**Provider Offender Progress Note**

Current Vitals: T: 97.3 (Temporal) P: 70 (Sitting) R: 16 / min B/P: 120 / 80 (Sitting)
Height: 67 In. Weight: 218 Lbs.
Current Vitals Date: 7/14/2020

Allergies: shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems:

**Mental Health:**
**Depressive Disorder: Other Specified Or Unspecified First Observed 10/5/2015 08:02PM**

**Not Specified:**
**Well Woman Examination First Observed 7/9/2014 07:04PM**
**Seizures First Observed 7/23/2014 08:37AM**
**Acne First Observed 7/23/2014 08:37AM**
**Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM**
**Breast Discharge First Observed 2/17/2015 10:34AM**
**Np Calluses First Observed 2/17/2015 11:15AM**
**Menorrhagia First Observed 1/8/2016 03:12PM**
**Uterine Fibroids First Observed 9/16/2016 12:54PM**
**Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM**
**Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM**
**Thrombocytopenia First Observed 6/25/2020 11:22PM**
**Enlargement Of Lymph Nodes First Observed 6/25/2020 11:25PM**

Medications:
LEVETIRACETAM 250 MG, 1 TABS ORAL(po) QAM
DHS TAR GEL 0.5 %, 1 APPLICS TOPICALLY Q 3DAYS
*Special Instructions:* PER NP BODINE
SERTRALINE HCL 100 MG, 1 TABS ORAL(po) QAM
SERTRALINE HCL 50 MG, 1 TABS ORAL(po) QAM
CLINDAMYCIN HCL 300 MG, 1 CAPS ORAL(po) TID
*Special Instructions:* 30 (150 MG) CAPSULES GIVEN FROM FLOOR STOCK. PLS SEND THE REST

**Date/Time :** 7/14/20

**Subjective:**
She is here for FU for bilateral ingunal adenpathy. She has slowed down shaving her private area. It seems to be better. After I saw her last time.she starts having blood on her Tshirt. and noted left breast felt heavy. She squeezed it and noticed red blood and later on just brown drainage. She saw NP Alexander,she was dx mastitis and prescribed Clindamyci 300 mg TID..The mass is getting smaller. She denies fever,chills or night sweats. She denies history of nipple piercing She has history ogf fibrocystic breast disease and used to get Vitamin E from Dr. Ristic..

**Objective:**
WDWN in NAD
Anicteric
Lung clear
cor normal S1S2 RRR
Bilateral breasts: no dimpling,retraction or nipple inversion
Right breast:fibrocystic changes laterally.



3 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
LOGAN CORRECTIONAL CTR Center

Date:  07/14/2020 17:58

| Offender Information | | | | | |
|---|---|---|---|---|---|
| BALL | | ROSLIND | | | ID#:  R89720 |
| Last Name | | First Name | | MI | |

| Race: B | Gender: female | Date of Birth: 08/17/1986 |
|---|---|---|

Left breast :LLQ at 4th radian there is a mobile tender nodule about 1.2 X 0.6 cm. There is no warmth,erythema
Bilateral axillary: No adenopathy
No cervical,supraclavicular adenopathy.
No right inguinal adenopathy,
Left inguinal 1 X 0.4 cm adenopathy.

| Blood Count/Automated Diff | 06/24/2020 23:45 | 02/06/2020 02:39 | 09/25/2019 02:05 | 08/20/2019 00:57 |
|---|---|---|---|---|
| Hematocrit | 38.3 [N] | 35.7 [N] | 33.1 [L] | 37.3 [N] |
| Hemoglobin | 12.6 [N] | 11.7 [N] | 10.8 [L] | 12.4 [N] |
| MCH | 30.2 [N] | 29.3 [N] | 29.7 [N] | 29.6 [N] |
| MCV | 91.9 [N] | 89.7 [N] | 90.9 [N] | 88.8 [N] |
| Mean Corp Hgb C | 32.8 [N] | 32.7 [N] | 32.7 [N] | 33.3 [N] |
| Mean Platelet V | 13.6 [H] | 11.9 [H] | 12.6 [H] | 12.8 [H] |
| Platelet Count | 112 [L] | 110 [L] | 127 [L] | 91 [L] |
| RBC Distrib. WI | 13.7 [N] | 14.1 [N] | 13.3 [N] | 13.0 [N] |
| Red Blood Count | 4.17 [N] | 3.98 [N] | 3.64 [L] | 4.20 [N] |
| White Blood Cou | 4.0 [N] | 3.8 [L] | 3.6 [L] | 3.0 [L] |

**Assessment:**
1.Left breast with mastitis, mass is getting smaller by history.Hx of fibrocystic breast disease.
2.Bilateral inguinal LN 1 month ago.Now she only has left inguinal adenopathy.

**Plan:**
1.Procedures Ordered:
    CBC WITH DIFF
            Diagnoses: abscess and/or cellulitis
    ERYTH SEDIMENTATION RATE
            Diagnoses: abscess and/or cellulitis
    COMPLETE METABOLIC PANEL
            Diagnoses: abscess and/or cellulitis
Started Meds:
        VITAMIN E 200 UNIT CAPS      49348009810      07/14/2020 18:31
            1   CAPSULES ORAL(po) EVERY MORNING x 90 Days
            STOP DATE: 10/12/2020 18:31                  REFILLS:
2.Will observe.
FU pending lab results.

**Education:**
Decrease in caffeine intake.Come to sick call if recurrence or worsening of adenopathy

☐    $5.00 Co-pay

Exhibit #4 A   3:23-cv-03245-JES-JEH   # 1-1   Filed: 08/01/23   Page 8 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note
LOGAN CORRECTIONAL CTR Center

Date:   09/22/2020 11:17                                                          Page 2 of 2

| Offender Information | | | ID#: | R89720 |
|---|---|---|---|---|
| BALL | ROSLIND | MI | | |
| Last Name | First Name | | | |

Race: B                    Gender: female                Date of Birth: 08/17/1986

continued left breast pain
right knee pan

**Plan:**

Continue vitamin E for breast tenderness. Will submit collegial for U/S of left breast. No indication for antibiotics today. Tylenol ordered for knee pain while awaiting xray. NSAIDs avoided as patient stated she was having 2 heavy periods a month and will be seeing OBGYN for this. Follow up after results received.

☐   No new orders

☐   Follow-up PRN

**ORDERS:**

Started Meds:
    MAPAP 500 MG CAPLET        00904198340   09/22/2020 11:32
        1   TABLETS ORAL(po) THREE TIMES DAILY x 30 Days PRN (max#30)
        STOP DATE: 10/22/2020 11:32                REFILLS:

Procedures Ordered:
    XR - KNEE
        Comment: right knee pain
        Diagnoses: pain, knee

**Education:**
Return to NSC for new or worsening problems.

☐      $5.00 Co-pay

Electronically Signed by TUCKER, KAITLYN A.R.N.P. on 09/22/2020.
##And No Others##

Exhibit #4 B

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
LOGAN CORRECTIONAL CTR Center

Date:   09/22/2020 11:17                                                          Page 1 of 2

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |

| Race: B | Gender: female | Date of Birth: 08/17/1986 |
|---|---|---|

Current Vitals: T:    P:    R:    B/P:
            Height: 67 In.   Weight: 211 Lbs.
Current Vitals Date: 9/22/2020

Allergies:      shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems:

**Mental Health:**
Depressive Disorder:   Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

**Not Specified:**
            Well Woman Examination First Observed 7/9/2014 07:04PM
            Seizures First Observed 7/23/2014 08:37AM
            Acne First Observed 7/23/2014 08:37AM
            Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
            Breast Discharge First Observed 2/17/2015 10:34AM
            Np Caliuses First Observed 2/17/2015 11:16AM
            Menorrhagia First Observed 1/8/2016 03:12PM
            Uterine Fibroids First Observed 9/16/2016 12:54PM
            Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
            Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM
            Thrombocytopenia   First Observed 6/25/2020 11:22PM
            Enlargement Of Lymph Nodes First Observed 6/25/2020 11:25PM
            Abscess And/or Cellulitis First Observed 7/14/2020 06:02PM
            Mastitis First Observed 7/17/2020 03:14PM

Medications
VITAMIN E 200 UNITMG,    1 CAPS ORAL(po) QAM
DHS TAR GEL 0.5 %,    1 APPLICS TOPICALLY Q 3DAYS
      *Special Instructions:* PER NP BODINE
LEVETIRACETAM 250 MG,    1 TABS ORAL(po) QAM

**Subjective:**
Patient seen today for worsening left breast adenopathy, referred from NSC. Patient was treated for mastitis at the beginning of July with resolution of her symptoms per provider note from 7/24. Today she reports she is still having pain under her left breast despite being on vitamin E. Denies redness, warmth, and drainage. Denies fever and chills. She has not had breast imaging in the past.

Also reports right knee pain. No recent injury recalled, but did fall on knee in 2013. Reports tenderness.

**Objective:**
Sitting on exam table in no acute distress; nontoxic in appearance.
Breasts symmetrical. No skin changes or retractions noted. Nipples everted bilaterally without discharge.  No axillary adenopathy bilaterally. Bilateral breasts with fibrocystic, shotty tissue. Tender to palpation at 6 o'clock. Moveable mass located ~5 o'clock but does not appear to correlate with tenderness.
Right knee limited assessment due to pant leg: tender to palpation on medial aspect. Unable to assess for swelling. FROM. Gait steady. Able to climb on and off exam table without difficulty.

**Assessment:**

6

5

Exhibit #5 1:23-cv-03245-JES-JEH   # 1-1   Filed: 08/01/23   Page 10 of 101



**CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES, LTD.**

319 E Madison, Suite J
Springfield, IL 62701

NAME:               BALL ROSLIND
BIRTHDATE:          8/17/1986
Patient #:          R89720
Facility:           Logan
PHYSICIAN:          Dr. TUCKER
EXAM:               SMPARTS_BREAST
EXAM DATE:          10/19/2020 9:26 AM

PATIENT NAME: ROSLIND BALL

EXAM: Left breast ultrasound

DATE OF EXAM: 10/19/2020

COMPARISON EXAM: None

INDICATION: 34-year-old female.  6:00 left breast pain, mastoiditis

TECHNIQUE: Sonographic evaluation of the left breast

FINDINGS: No suspicious mass identified.  In the inferior left breast near the nipple there are some mildly dilated ducts seen measuring up to 2 mm diameter.  No obvious intraductal mass seen.  No fluid collection/abscess.  No left axillary lymphadenopathy.

IMPRESSION: NO SUSPICIOUS MASS.  NO FLUID COLLECTION.  MILD DUCT ECTASIA.

RECOMMENDATION: CLINICAL MANAGEMENT.

ASSESSMENT: ACR BI-RADS CATEGORY 2-BENIGN.

Signed: Samuel L Hutson, MD

Electronically Signed by Samuel L Hutson, MD
Samuel L Hutson, MD
/

Electronically Signed on 10/26/2020 5:03 PM

Ktucker, APRN
10/28/20

ILLINOIS DEPARTMENT OF CORRECTIONS
ADDENDUM CHART NOTE
LOGAN CORRECTIONAL CTR Center

Date:   10/28/2020 07:34

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |
| Race: B | Gender: female | Date of Birth: 08/17/1986 | | |

| NOTES: | Left breast ultrasound 10/19/2020 |
|---|---|
| | Findings: No suspicious mass identified. In the inferior left breast near the nipple near there are some mildly dilated ducts seen measuring up to 2 mm diameter. No obvious intraductal mass seen. No fluid collection/abscess. No left axillary lymphadenopathy. Impression: No suspicious mass. No fluid collection. Mild duct ectasia. Recommendation: Clinical management. Assessment: ACR BI-RADS CATEGORY 2-BENIGN |

Electronically Signed by TUCKER, KAITLYN A.R.N.P. on 10/28/2020.
##And No Others##

8

Exhibit #7 A
3:23-cv-03245-JES-JEH  # 1-1  Filed: 08/01/23  Page 12 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
LOGAN CORRECTIONAL CTR Center

Date:  11/04/2020 13:50

Page 1 of 2

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |
| Race: B | Gender: female | Date of Birth: 08/17/1986 | | |

Provider Offender Progress Note

Current Vitals: T: 97.9 (Temporal)     P: 70 (Sitting)     R: 18 / min     B/P:  112 / 62 (Sitting)
Height: 67 In.   Weight: 220 Lbs.
Current Vitals Date: 11/4/2020

Allergies:     shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems:

> Mental Health:
> Depressive Disorder:  Other Specified Or Unspecified First Observed 10/5/2015 08:02PM
>
> Not Specified:
> > Well Woman Examination First Observed 7/9/2014 07:04PM
> > Seizures First Observed 7/23/2014 08:37AM
> > Acne First Observed 7/23/2014 08:37AM
> > Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
> > Breast Discharge First Observed 2/17/2015 10:34AM
> > No Calluses First Observed 2/17/2015 11:16AM
> > Menorrhagia First Observed 1/8/2016 03:12PM
> > Uterine Fibroids First Observed 9/16/2016 12:54PM
> > Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
> > Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM
> > Thrombocytopenia   First Observed 6/25/2020 11:22PM
> > Enlargement Of Lymph Nodes First Observed 6/25/2020 11:25PM
> > Abscess And/or Cellulitis First Observed 7/14/2020 06:02PM

Medications:
LEVETIRACETAM 250 MG,   1 TABS ORAL(po) QAM
DHS TAR GEL 0.5 %,   1 APPLICS TOPICALLY Q 3DAYS
VITAMIN E 200 UNITMG,   1 CAPS ORAL(po) QAM
MAPAP 500 MG,   1 TABS ORAL(po) TID

**Date/Time :   11/4/20**

**Subjective:**
Patient here to discuss ultrasounds results. She also reports continued right knee pain and is out of tylenol.




**Objective:**
Sitting on exam table in no acute distress.

Left breast ultrasound 10/19/2020
Findings: No suspicious mass identified. In the inferior left breast near the nipple near there are some mildly dilated ducts seen measuring up to 2 mm diameter. No obvious intraductal mass seen. No fluid collection/abscess. No left axillary lymphadenopathy.
Impression: No suspicious mass. No fluid collection. Mild duct ectasia.
Recommendation: Clinical management.
Assessment: ACR BI-RADS CATEGORY 2-BENIGN

Exhibit #73
1:23-cv-03245-JES-JEH   # 1-1    Filed: 08/01/23    Page 13 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note
LOGAN CORRECTIONAL CTR Center

Date:  11/04/2020 13:50

| Offender information | | | ID#: | R89720 |
|---|---|---|---|---|
| BALL | ROSLIND | | | |
| Last Name | First Name | MI | | |

Race: B             Gender: female             Date of Birth: 08/17/1986

**Assessment:**
mild duct ectasia
right knee pain

**Plan:**
Will continue to monitor breast. Renewed Vitamin E. Tylenol renewed for knee pain. Will order knee sleeve. Follow up
prn.

**Education:**
Return to NSC for new or worsening problems.

☐   $5.00 Co-pay

Electronically Signed by TUCKER, KAITLYN A.R.N.P. on 11/04/2020.
##And No Others##

Exhibit #8-B
1:23-cv-03245-JEG-JEH  # 1-1  Filed: 08/01/23  Page 14 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note
LOGAN CORRECTIONAL CTR Center

Date:  06/29/2021 12:22

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |

Race: B                    Gender: female                    Date of Birth: 08/17/1986

Nursing Notes – Nurse Sick Call Note

Current Vitals: T:    P: 112 (Sitting)    R: 20 / min   B/P:  134 / 97 (Sitting)
                  Pulse Ox:  97 %
                  Height: 67 In.    Weight:
Current Vitals Date: 5/19/2021

Allergies:        shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems:

               Mental Health:
               Depressive Disorder:   Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

               Not Specified:
                       Well Woman Examination First Observed 7/9/2014 07:04PM
                       Seizures First Observed 7/23/2014 08:37AM
                       Acne First Observed 7/23/2014 08:37AM
                       Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
                       Breast Discharge First Observed 2/17/2015 10:34AM
                       Np Calluses First Observed 2/17/2015 11:16AM
                       Menorrhagia First Observed 1/8/2016 03:12PM
                       Uterine Fibroids First Observed 9/16/2016 12:54PM
                       Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
                       Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM

Medications:
LEVETIRACETAM 250 MG,    1 TABS ORAL(po) QAM
MAPAP 500 MG,    1 TABS ORAL(po) TID
        Special Instructions: (MAX#30MONTH)
FERROUS SULFATE 325(65) MG,    1 TABS ORAL(po) 3/WEEK
DOCUSATE SODIUM 100 MG,    1 CAPS ORAL(po) QAM
METHOCARBAMOL 500 MG,    1 TABS ORAL(po) QAM
DHS TAR GEL 0.5 %,    1 APPLICS TOPICALLY Q 3DAYS
        Special Instructions: KOP

Date/Time:  6/29/2021

| SUBJECTIVE: | Patient reports that she has a lump on her left breast. Pt reports hx of scar tissue on her left breast, but that it feels different. |
|---|---|
| OBJECTIVE: | Unable to assess lump on the housing unit<br>A&O X 3, calm and cooperative |
| ASSESSMENT: | alteration in comfort |
| PLAN: | Referred to NP Alexander on 6/30/21 for evaluation |
| EDUCATION: | HCU PRN |

10

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
**LOGAN CORRECTIONAL CTR Center**

Date:  06/29/2021 12:22

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |

| Race: B | Gender: female | Date of Birth: 08/17/1986 |
|---|---|---|

**Nursing Notes – Nurse Sick Call Note**

Electronically Signed by GOFF, STEPHANIE L.P.N. on 06/29/2021.
##And No Others##

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
LOGAN CORRECTIONAL CTR Center

Date:    07/02/2021 08:26                                                        Page 1 of 2

| Offender Information | | | |
|---|---|---|---|
| BALL | ROSLIND | | ID#:  R89720 |
| Last Name | First Name | MI | |

Race: B                    Gender: female                    Date of Birth: 08/17/1986

Current Vitals: T: 98 (Temporal)    P: 73 (Sitting)    R: 18 / min    B/P:  118 / 70 (Sitting)
Height: 67 In.    Weight: 212.2 Lbs.
Current Vitals Date: 7/2/2021

Allergies:    shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems:

      Mental Health:
      Depressive Disorder:   Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

      Not Specified:
          Well Woman Examination First Observed 7/9/2014 07:04PM
          Seizures First Observed 7/23/2014 08:37AM
          Acne First Observed 7/23/2014 08:37AM
          Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
          Breast Discharge First Observed 2/17/2015 10:34AM
          Np Calluses First Observed 2/17/2015 11:16AM
          Menorrhagia First Observed 1/8/2016 03:12PM
          Uterine Fibroids First Observed 9/16/2016 12:54PM
          Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
          Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM
          Thrombocytopenia   First Observed 6/25/2020 11:22PM
          Enlargement Of Lymph Nodes First Observed 6/25/2020 11:25PM
          Abscess And/or Cellulitis First Observed 7/14/2020 06:02PM
          Mastitis First Observed 7/17/2020 03:14PM

Medications
LEVETIRACETAM 250 MG,    1 TABS ORAL(po) QAM
MAPAP 500 MG,    1 TABS ORAL(po) TID
    *Special Instructions:* (MAX#30MONTH)
FERROUS SULFATE 325(65) MG,    1 TABS ORAL(po) 3/WEEK
DOCUSATE SODIUM 100 MG,    1 CAPS ORAL(po) QAM
METHOCARBAMOL 500 MG,    1 TABS ORAL(po) QAM
DHS TAR GEL 0.5 %,    1 APPLICS TOPICALLY Q 3DAYS
    *Special Instructions:* KOP

**Subjective:**
Patient here for reports of left breast lump. She reports it has been present for awhile. She reports she had mastitis 6/2020 which resolved after taking clindamycin. She reports having scar tissue from the infection. She will now have sharp, shooting pain every now and then. She notes cancer runs in her family but no history of female gyne or breast CA. She has not had a mammogram, just ultrasound of left breast.

**Objective:**
Sitting on exam table in no acute distress; nontoxic in appearance.
Breasts symmetrical. No skin changes or retractions noted. Nipples everted bilaterally without discharge.   No axillary adenopathy bilaterally. Bilateral breasts with fibrocystic, shotty tissue. Tender to palpation of both breasts.

Left breast ultrasound 10/19/2020
Findings: No suspicious mass identified. In the inferior left breast near the nipple near there are some mildly dilated ducts seen measuring up to 2 mm diameter. No obvious intraductal mass seen. No fluid collection/abscess. No left axillary lymphadenopathy. Impression: No suspicious mass. No fluid collection. Mild duct ectasia.

Exhibit 1 1:23-cv-03241-JES-JEH   # 1-1   Filed: 08/01/23   Page 17 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
LOGAN CORRECTIONAL CTR Center

Date:   07/02/2021 08:26                                             Page **2** of 2

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |

Race: B                     Gender: female                   Date of Birth: 08/17/1986

Recommendation: Clinical management.
Assessment: ACR BI-RADS CATEGORY 2-BENIGN

**Assessment:**
Mastalgia
Mild duct ectasia

**Plan:**
Will renew vitamin E. Diagnostic mammogram to be ordered due to generalized pain in both breasts. Follow up after results received.

☐      No new orders

☐      Follow-up PRN

ORDERS:

Started Meds:
    VITAMIN E 200 UNIT CAPS          49348009810    07/02/2021 14:02
       1     CAPSULES ORAL(po) EVERY MORNING x 6 Months
          Special Instructions:Kop
      STOP DATE: 12/29/2021 14:02                    REFILLS:

Education:
Go to NSC for new or worsening symptoms.

☐      $5.00 Co-pay

Electronically Signed by TUCKER, KAITLYN A.R.N.P. on 07/02/2021
##And No Others##

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note
LOGAN CORRECTIONAL CTR Center

Date:  08/03/2021 08:40

Page **1** of 2

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | | ID#:  R89720 |
| Last Name | First Name | Mi | | |

| Race: B | Gender: female | Date of Birth: 08/17/1986 |
|---|---|---|

**Provider Offender Progress Note**

Current Vitals: T: 97.7 (Temporal)     P:     R:     B/P:
          Height: 67 in.   Weight:
Current Vitals Date: 8/1/2021

Allergies:     shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems:

Mental Health:
Depressive Disorder:  Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

Not Specified:
Well Woman Examination First Observed 7/9/2014 07:04PM
Seizures First Observed 7/23/2014 08:37AM
Acne First Observed 7/23/2014 08:37AM
Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
Breast Discharge First Observed 2/17/2015 10:34AM
Np Calluses First Observed 2/17/2015 11:16AM
Menorrhagia First Observed 1/8/2016 03:12PM
Uterine Fibroids First Observed 9/16/2016 12:54PM
Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM
Thrombocytopenia   First Observed 6/25/2020 11:22PM
Enlargement Of Lymph Nodes First Observed 6/25/2020 11:25PM
Abscess And/or Cellulitis First Observed 7/14/2020 06:02PM

Medications:
LEVETIRACETAM 250 MG,   1 TABS ORAL(po) QAM
MAPAP 500 MG,   1 TABS ORAL(po) TID
    *Special Instructions:* (MAX#30MONTH)
FERROUS SULFATE 325(65) MG,   1 TABS ORAL(po) 3/WEEK
DOCUSATE SODIUM 100 MG,   1 CAPS ORAL(po) QAM
METHOCARBAMOL 500 MG,   1 TABS ORAL(po) QAM
DHS TAR GEL 0.5 %,   1 APPLICS TOPICALLY Q 3DAYS
    *Special Instructions:* KOP
VITAMIN E 200 UNITMG.   1 CAPS ORAL(po) QAM
    *Special Instructions:* KOP

Date/Time :   8/3/21

**Subjective:**
Patient here for a writ return. She went to DMH breast center 7/28/21 for bilateral digital mammogram with ultrasound. She c/o mastodynia and has a remote history of bloody nipple discharge on the left which has resolved.

**Objective:**
Sitting on exam table in no acute distress. Nontoxic in appearance.

MAM DIAG BILATERAL DIGITAL W CAD W TOMO completed 7/28/21

DOC 0084

Exhibit 10

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
**LOGAN CORRECTIONAL CTR Center**

Date:  08/03/2021 08:40

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |

Race: B                  Gender: female                  Date of Birth: 08/17/1986

MAM US BREAST COMPLETE BIL completed on 7/28/21

Findings: Glandular tissue is dense. No mammographic abnormalities are seen. No cystic or solid masses are identified.

Right breast ultrasound is unremarkable. No cystic or solid masses are appreciated. No architectural distortion or shadowing is seen.

left breast ultrasound reveals ductal dilatation in the sub areola. There is a dilated duct at the 5 o'clock position which has internal debris and or an internal intraluminal mass.

Assessment: BIRADS 4A

Recommendation: Sugical evaluation for discussion of excision of the abnormal left duct at the 5 o'clock position given the patient's remote history of bloody nipple discharge.

**Assessment:**
dilated duct 5 o'clock left breast

**Plan:**
Discussed results with patient. Will submit collegial for surgical evaluation. Advised patient to continue to be self aware of breasts and report discussed changes.

**Education:**
Report new or worsening symptoms.

☐   $5.00 Co-pay

Electronically Signed by TUCKER, KAITLYN A.R.N.P. on 08/03/2021.
##And No Others##

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
**LOGAN CORRECTIONAL CTR Center**

Date:  08/19/2021 22:15

Page 1 of 2

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | MI | ID#:  R89720 |
| Last Name | First Name | | | |

Race: B                    Gender: female                    Date of Birth: 08/17/1986

**Provider Offender Progress Note**

Current Vitals: T: 98.2 (Temporal)    P: 65 (Sitting)    R: 18 / min    B/P: 132 / 98 (Sitting)
Height: 67 In.    Weight: 209 Lbs.
Current Vitals Date: 8/16/2021

Allergies:        shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems:

Mental Health:
Depressive Disorder:   Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

Not Specified:
Well Woman Examination First Observed 7/9/2014 07:04PM
Seizures First Observed 7/23/2014 08:37AM
Acne First Observed 7/23/2014 08:37AM
Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
Breast Discharge First Observed 2/17/2015 10:34AM
Np Calluses First Observed 2/17/2015 11:16AM
Menorrhagia First Observed 1/8/2016 03:12PM
Uterine Fibroids First Observed 9/16/2016 12:54PM
Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM
Thrombocytopenia   First Observed 6/25/2020 11:22PM
Enlargement Of Lymph Nodes First Observed 6/25/2020 11:25PM
Abscess And/or Cellulitis First Observed 7/14/2020 06:02PM

Medications:
MAPAP 500 MG,   1 TABS ORAL(po) TID
Special Instructions: {MAX#30MONTH)
FERROUS SULFATE 325(65) MG,   1 TABS ORAL(po) 3/WEEK
DOCUSATE SODIUM 100 MG,   1 CAPS ORAL(po) QAM
DHS TAR GEL 0.5 %,   1 APPLICS TOPICALLY Q 3DAYS
Special Instructions: KOP
VITAMIN E 200 UNITMG,   1 CAPS ORAL(po) QAM
Special Instructions: KOP
LEVETIRACETAM 250 MG,   1 TABS ORAL(po) QAM

Date/Time :   8/19/21 Review surgical consult note

**Subjective:**
Ball has an appt on 8/16/21 at 2:30pm at DMH Breast Center with Dr. Gilman.

**Objective:**
Not present

per Dr.Gilman
Small drainage of left nipple.

Exhibit *FHR*

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note
LOGAN CORRECTIONAL CTR Center

Date:  08/19/2021 22:15

| Offender Information | | | ID#: | R69720 |
| BALL | ROSLIND | MI | | |
| Last Name | First Name | MI | | |

| Race: B | Gender: female | Date of Birth: 08/17/1986 |

**Assessment:**
Drainage of left nipple,abnorml US

**Plan:**
Possible intraductal lesion for excision.Will schedule.

Procedures Ordered:
    REFER - MEDICAL SPECIALIST OFF SITE
        Comment: Excision of intraductal lesion left nipple.
        Diagnoses: localized superficial swelling mass or lump

**Education:**

☐  $5.00 Co-pay

Electronically Signed by TSANG, CELINA M.D. on 08/19/2021.
##And No Others##

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
**LOGAN CORRECTIONAL CTR Center**

Date:  08/24/2021 15:01                                                      Page 1 of 2

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | | ID#: R69720 |
| Last Name | First Name | | MI | |

Race: B                    Gender: female                    Date of Birth: 08/17/1986

**Provider Offender Progress Note**

Current Vitals: T: 97.8 (Temporal)    P: 69 (Sitting)    R: 16 / min    B/P: 125 / 67 (Sitting)
          Height: 67 in.    Weight:
Current Vitals Date: 8/24/2021

Allergies:       shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems:

Mental Health:
Depressive Disorder:  Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

Not Specified:
        Well Woman Examination First Observed 7/9/2014 07:04PM
          Seizures First Observed 7/23/2014 08:37AM
          Acne First Observed 7/23/2014 08:37AM
     Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
          Breast Discharge First Observed 2/17/2015 10:34AM
          Np Calluses First Observed 2/17/2015 11:16AM
          Menorrhagia First Observed 1/8/2016 03:12PM
          Uterine Fibroids First Observed 9/16/2016 12:54PM
  Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
  Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM
          Thrombocytopenia   First Observed 6/25/2020 11:22PM
     Enlargement Of Lymph Nodes First Observed 6/25/2020 11:25PM
          Abscess And/or Cellulitis First Observed 7/14/2020 06:02PM

Medications:
MAPAP 500 MG,   1 TABS ORAL(po) TID
      Special Instructions: (MAX#30MONTH)
FERROUS SULFATE 325(65) MG,   1 TABS ORAL(po) 3/WEEK
DOCUSATE SODIUM 100 MG,   1 CAPS ORAL(po) QAM
DHS TAR GEL 0.5 %,   1 APPLICS TOPICALLY Q 3DAYS
      Special Instructions: KOP
VITAMIN E 200 UNITMG,   1 CAPS ORAL(po) QAM
      Special Instructions: KOP
LEVETIRACETAM 250 MG,   1 TABS ORAL(po) QAM

**Date/Time :  8/24/21 Writ FU**

**Subjective:**
34 year old with a remote history of bloody nipple discharge from left breast, in Feb,2020. Resolved after taking antibiotics.
.Left breast US shows a dilated duct @ th 5 o'clock which has internal debris and/or intraluminal mass
Ball has an appt on 8/16/21 at 2:30pm at DMH Breast Center with Dr. Gilman.,

**Objective:**
WDWN in NAD
Anicteric
Lung clear
cor normal S1S2 RRR

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
**LOGAN CORRECTIONAL CTR Center**

Date:   08/24/2021 15:01

| Offender Information | | | |
|---|---|---|---|
| BALL | ROSLIND | | ID#:   R89720 |
| Last Name | First Name | MI | |
| | | | |
| Race: B | Gender: female | Date of Birth: 08/17/1986 | |

No CCE

MAM DIAG BILATERAL DIGITAL W CAD W TOMO completed 7/28/21
MAM US BREAST COMPLETE BIL completed on 7/28/21
Findings: Glandular tissue is dense. No mammographic abnormalities are seen. No cystic or solid masses are identified.

Right breast ultrasound is unremarkable. No cystic or solid masses are appreciated. No architectural distortion or shadowing is seen.
left breast ultrasound reveals ductal dilatation in the sub areola. There is a dilated duct at the 5 o'clock position which has internal debris and or an internal intraluminal mass.
Assessment: BIRADS 4A
Recommendation: Sugical evaluation for discussion of excision of the abnormal left duct at the 5 o'clock position given the patient's remote history of bloody nipple discharge
.

**Assessment:**
Left breast lesion.

**Plan:**
Possible intraductal lesion for excision.Will schedule.
FU after next writ.

Procedures Ordered:
    REFER - MEDICAL SPECIALIST OFF SITE
        Comment: Excision of intraductal lesion left nipple.
        Diagnoses: localized superficial swelling mass or lump

**Education:**
Come to sick call if problem.

☐   $5.00 Co-pay

Electronically Signed by TSANG, CELINA M.D. on 08/24/2021.
##And No Others##

Exhibit #13 A

3:23-cv-03245-JES-JEH   # 1-1   Filed: 08/01/23   Page 24 of 101

### Inflammatory breast cancer (IBC)

This is a rare type of breast cancer. Most often, there is no lump or tumor. IBC makes the skin of the breast look red and feel warm. The skin can look thick and pitted – kind of like an orange peel. The breast may get bigger, harder, tender, or itchy.

Because there's no lump, IBC may not show up on a mammogram. This can make it hard to find IBC early. It has a higher chance of spreading and a worse outlook than invasive ductal or lobular cancer.

## Signs of breast cancer

The most common sign of breast cancer is a lump. The lump may not hurt. It may be hard, but sometimes it's tender and soft. You should have any new breast lump checked by a doctor.

Changes that you notice are called symptoms (**simp**-tuhms). Most of the time, these symptoms are caused by something other than cancer. Still, if you have any of these problems, you should see a doctor right away so the cause can be found and treated.

- Swelling in all or part of a breast (even if you don't feel a lump)

- Breast skin changes, like soreness or dimpling

- Breast or nipple pain

③

Exhibit # 13.13 :23-cv-03245-JES-JEH   # 1-1   Filed: 08/01/23   Page 25 of 101

- Nipple turning inward

- The nipple or breast skin gets red, scaly, or thicker.

- A discharge other than breast milk

Sometimes, breast cancer can spread to underarm lymph (limf) nodes. Lymph nodes are small bean-shaped clumps of tissue that help your body fight off germs. Cancer may cause a lump or swelling in the lymph nodes even before you can feel a lump in the breast.

## Questions to ask the doctor:

- Why do you think I might have cancer?

- Could my symptoms be caused by something other than cancer?

- Would you please write down the kind of cancer you think I might have?

- What will happen next?

4

Exhibit #13 C

3:23-cv-03245-JES-JEH  # 1-1  Filed: 08/01/23  Page 26 of 101

# How will the doctor know if I have breast cancer?

## Tests that may be done

A mammogram (**MAM**-uh-**gram**) is the best way to find breast cancer early. If something shows up on your mammogram, or if you or your doctor finds a lump or other change in your breast, more tests will be done.

Your doctor will ask you questions about your health and do a physical exam. A breast exam will be done to look for changes in the nipples or the skin of your breasts. The doctor will also check the lymph nodes under your arm and above your collarbone. Swollen or hard lymph nodes might mean breast cancer has spread.

If signs point to breast cancer, more tests will be done. Here are some of the tests you may need:

**Mammogram:** Mammograms are mostly used to find breast cancer early. But they are also used to learn more about a breast problem you might have.

**MRI scan:** MRIs use radio waves and strong magnets instead of x-rays to take pictures. MRIs can be used to learn more about the size of the cancer and look for other tumors in the breast.

**Breast ultrasound:** For this test, a small wand is moved around on your skin. It gives off sound waves and picks up the echoes as they bounce off the tissues. The echoes

Exhibit # 13 D    3:23-cv-03245-JES-JEH  # 1-1   Filed: 08/01/23   Page 27 of 101

are made into a picture that you can see on a computer screen.

Ultrasound does not replace MRI. But it can help the doctor see if a lump is a fluid-filled cyst (cist) or a tumor that could be cancer.

**Ductogram (DUCK-tuh-gram):** This test sometimes helps find the cause of nipple discharge. To do the test, the doctor places a very thin plastic tube through the nipple and into the duct. A small amount of dye is put into the duct. It outlines the shape of the duct on an x-ray and shows if there's a tumor in the duct.

**Nipple discharge exam:** If you have fluid coming from your nipple, some of it may be sent to a lab. There, it will be looked at under a microscope to see if there are cancer cells in it.

## The breast biopsy

In a biopsy (**by**-op-see), the doctor takes out a small piece of tissue to be looked at under a microscope. A biopsy is done when tests show that you might have cancer. A biopsy is the only way to tell for sure if you have cancer.

There are many types of biopsies. Ask your doctor what kind you will need. Each type has pros and cons. The choice of which type to use depends on your own case.

Sometimes, surgery is needed to take out all or part of the lump to find out if it's cancer. This is often done in a

6

Exhibit #7

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Ball, Roslind

ID#: R89720

Facility: Logan

5/31/22
Date

This is in response to your grievance received on __4/20/22__ This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 2/7/22    Grievance Number: 2.30.22    Griev Loc: Logan

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☒ Other  Medical treatment; 12/30/21, claims Wexford and Dr. Tsang misinformed & mistreated medical issue for 5 years

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed. Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ☐ Denied, in accordance with DR504F, this is an administrative decision
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☒ Other: Per facility response, records show Individual in Custody was seen and treated by HCU numerous times within the

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

period cited. System indicate Individual in Custody is currently on medical furlough, substantiating a continual medical attention.

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden, Logan _____ Correctional Center
Bell, Roslind _____ , ID# R89720

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

Assigned Grievance/Administration

Housing Unit: 6-N-2  Bed #: L1

Date: 2-07-22  Offender (please print): Roslind Ball  ID #: R89720  Race (optional):

Present Facility: Logan Correctional Center  Facility where grievance issue occurred: Logan Correctional Center

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit
- [x] Other (specify): Logan Healthcare Department, Dr. Tseng, Wexford Healthcare Service

Date of report: 2-07-22  Facility where issued: Logan Correctional Center

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-30-21 Roslind Ball underwent a complete hysterectomy. This procedure was performed by Dr. Brand at HSHS St. John's Pavilion. On 10-15-21 Dr. Kairouz of Cancer Care Specialist of Illinois ordered two medical procedures to be performed on M.R.I. for her breast cancer and a catscan for her abdomen. On 11-11-21 Ms. Ball was taken to Decatur Memorial Hospital in which she underwent the medical procedures of an MRI and catscan. On 11-16-21 Ms. Ball is taken to C.C.S.I. where she spoke with Dr. Kairouz and he informed her that she [x] Continued on reverse

**Relief Requested:**
Ms. Ball is requesting punitive and consequential damages for her pain and suffering. For over five years she was misinformed about her current health condition "uterine leiomyoma". Only when she was sent to C.C.S.I. about her breast cancer a doctor there ordered a catscan of her abdomen and that is when she was informed of this life threatening mass in her uterus that was being untreated, which resulted in her having an

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

Roslind Ball  R89720  2-07-22
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**  Date Received: 2-10-2022  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277.

Response:
Spoke with O'Donoghue, O'Donoghue stated she talked with NP Tucker and OB/GYN nurse Goff to assist with finding the information. To start "Uterine leiomyoma" is a medical term for Fibroids. NP Tucker stated that 80% of women live with these Fibroids and sometimes do not even know. 7-7-2017 OB/GYN note, stated that Ms Ball is aware of fibroid ulcers, but wants no surgical intervention at this time. 3-14-2018 OB/GYN note stated again that Ms Ball did not want surgery. 9-28-2020 OB/GYN note stated Ms Ball was opting out of Birth Control methods. 11-12-2021 OB/GYN note stated Ms Ball was there for PAP results and that she stated she was going out for a lumpectomy surgery soon and had no other complaints. Ms Ball also signed consent for hysterectomy, an optional surgery. Ms Ball has been seen regularly on the exam and be aware of her illness since by the OBG

B. Evans  3-8-2022
Print Counselor's Name  Sign Counselor's Name  Date

Note to offender: if you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature:
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature  Date

Distribution: Master File; Offender  Page 1 of 4  DOC 0046 (Rev. 01/2020)

Assigned Grievance # Institution _____  Housing Unit: _____  Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                              2nd Lvl rec:

has a large hypervascular mass with in the uterus that shows necrosis. The mass measured 10.7 x 12.7 x 13.2 cm. This type of mass is also called Uterine leiomyoma. Dr. Kairouz explained to Ms. Ball that the mass needed to be removed immediately and he was scheduling her an appointment with a gynecolgist at S.I.U. On 11-22-21 Ms. Ball asked sickcall nurse R.N. Armour of 1pm/week period whether this mass was seen during previous gynecolgist visits. In which, chart review showed that the mass was seen all the way back in 2016. On 12-06-21 Ms. Ball was taken to S.I.U. and spoke with OB/GYN Dr. Brard. He explained that the mass in her uterus needed to be removed. Dr. Brard explained to Ms. Ball that he was going to inject a dye into her I.V. during surgery and depending on whether the dye changed colors or not will determine if the mass in her uterus is cancer or not. Dr. Brard in~~ormed~~ informed Ms. Ball that if he can save her uterus he will but if the mass is cancer she will need a complete hysterectomy. On 12-14-21 Ms. Ball spoke with Dr. Tsang about the possibilty of her having to have a complete hysterectomy. Due to the fact that the mass was so large in Ms. Ball's uterus. On 12-15-21 Ms. Ball is taken to C.C.S.I and spoke with Dr. Kairouz about her recent to S.I.U. and discussed the next medical procedure that Dr. Brard said needed to be performed to ensure Ms. Ball receives the proper medical care because she suffers from uterine leiomyoma. Ms. Ball informed Dr. Kairouz that she may or may not have to have a complete hysterectomy depending on whether the mass is cancerous or not. Dr. Kairouz asked Ms. Ball had anyone ever told her she had a mass that big in her uterus. Ms. Ball said she was only told that she had a fibroid, but never the size of fibroid or that it could be detremental to her health and well being. Only that it is common for African American women to suffer from fibroids. Ms. Ball then stated ~~that the fibroids could~~ when asked could the fibroids be lased off, she was told no, from doctors at C.C.C. because that would be considered plastic surgery to save your uterus. Dr. Kairouz then asked Ms. Ball whether the doctors at C.C.C. were aware that masses that are benign can turn into cancer over time. Ms. Ball had never been informed of this. Dr. Kairouz then asked Ms. Ball if the mass was being monitered, and Ms. Ball stated it was not. Ms. Ball explained to Dr. Kairouz she was only informed of having uterine leiomyoma after the results came back from the catscan ordered by him on 11-11-21 Further more, Ms. Ball was misinformed about the fibroid mass and was not told that it had nercosis, or that over time this mass could potentially turn into cancer. If Ms. Ball had any of this information she would have had an hysterectomy years ago to ~~ensure~~ help ensure the longevity of her life. As Dr. Kairouz explained to Ms. Ball masses of this size turn into cancer which could have potentially metastasize and ended her life. On 12-30-21 Ms. Ball is taken to HSHS St. John's Pavilion where she underwent the medical procedure of a hysterectomy performed by Dr. Brard. Ms. Ball asked Dr. Brard before going into surgery what type of pain medication would she be given for her pain. Dr. Brard said, tramdol every four hours for pain. Later in the evening of 12-30-21 Ms. Ball returns to C.C.C. and is placed/housed in the infirmary. On 12-31-21 Ms. Ball requests her tramadol from nurse and explains to her that Dr. Brard said she was to receive pain medication every four hours, the nurse tells Ms. Ball despite that's what Dr. Brard ordered Dr. Tsang changed the order

Exhibit #19 C  3:23-cv-03245-JES-JEH  # 1-1  Filed: 08/01/23  Page 31 of 101

Assigned Grievance Administration.                                                Housing Unit: 6-N-2   Bed #: L-1

received, date/grievance
1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**                                                                    2nd Lvl rec:

| Date: 2-07-22 | Offender (please print): Roslind Ball | ID #: R89720 | Race (optional): |

Present Facility: Logan Correctional Center | Facility where grievance issue occurred: Logan Correctional Center

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report  2-07-22
      *Date of report*

- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): Logan Healthcare Department, Dr. Tsing, Wexford Healthcare Services

- [ ] Medical Treatment
- [ ] HIPAA

Logan Correctional Center
*Facility where issued*

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
    issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Continued from page one on reverse

[X] Continued on reverse

**Relief Requested:** Continued from page one

hysterectomy and her not being able to have children anymore because of this she feels that she is a victim of medical malpractice. She is also requesting that despite any medical condition anyone suffers from they should be properly on what is actually going on with their bodies and given proper medical care.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [X] Check if this is NOT an emergency grievance.

Roslind Ball          R89720          2-07-22
*Offender's Signature*      *ID#*        *Date*

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**  Date Received: _____  [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Print Counselor's Name          Sign Counselor's Name          Date

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature          Date

Distribution: Master File, Offender

DOC 0046 (Rev. 01/2020)

Assigned Grievance #for Inmate

Housing Unit:          Bed #:

to every six hours. Ms. Ball received tramadol every four hours from 12-31-21 to 1-10-22 despite how much pain she expressed she was in. On 1-10-22 Ms. Ball's order for tramadol expired but because she is in so much pain after surgery she asked could her tramadol be renewed. Ms. Balls tramadol was renewed until 1-17-22 and now she only received it twice a day. Ms. Ball continued to ask different nurses to ask Dr. Tsang to renew her tramadol but Dr. Tsang refused to do so despite the pain she expressed to them that she was in. On 1-20-22 Ms. Ball is prescribed tylenol 500mg to futher help her cope with pain from her surgery. Ms. Ball has requested her medical records several times but I.D.O.C. has failed to give them to her. Due to this she is choosing to file this grievance in a timely manner. Ms. Ball will attach other documents once they become available to her.

Exhibit #15     3:23-cv-03245-JES-JEH  # 1-1    Filed: 08/01/23    Page 33 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Progress Notes**
**LOGAN CORRECTIONAL CTR Center**

Date:  01/08/2016 15:09

| Offender Information | | | |
|---|---|---|---|
| BALL | ROSLIND | | ID#:     R89720 |
| **Last Name** | **First Name** | **MI** | |
| Race: B | Gender: female | Date of Birth: 08/17/1986 | |

**OB/GYN Offender Progress Note**

Current Vitals: T: 98.2 (Oral)     P: 70 (Sitting)     R: 14 / min   B/P:  122 / 82 (Sitting)
Height: 71 In.   Weight:

Current Vitals Date: 9/21/2015

Allergies:  shellfish derived

Active Problems:

　　　**Mental Health:**
　　　Depressive Disorder:   Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

　　　**Not Specified:**
　　　　Well Woman Examination First Observed 7/9/2014 07:04PM
　　　　Seizures First Observed 7/23/2014 08:37AM
　　　　Acne First Observed 7/23/2014 08:37AM
　　　　Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
　　　　Breast Discharge First Observed 2/17/2015 10:34AM
　　　　Np Calluses First Observed 2/17/2015 11:16AM

Medications:
DEPO-PROVERA 150MG/ML, 150 MG INTRA-MUSC EVRY 3MNTH
DHS TAR GEL 0.5 %,    1 APPLICS TOPICALLY QAM
LEVETIRACETAM 500MG,    1 TABS ORAL(po) O DAY
MIRTAZAPINE 15 MG,    1 TABS ORAL(po) QAM
SERTRALINE HCL 100 MG, 1.50 TABS ORAL(po) OAM
TRIAMCINOLONE ACETONIDE 0.1%,    1 CREAM TOPICALLY BID

**Date/Time:** 01/08/2016

| |
|---|
| **Subjective:** |
| 29 YO black female G4P1031 LMP on depo. Patient has been on depo since 2013 and would like to switch to BCP's. Patient has a history of fibroid uterus and menorrhagia. On 9/23/13 an u/s of the uterus was done revealing the size of the uterus being 9.8 X 7.9cm and a fibroid measuring 5.5 X 4.3 X 3.9 cm. |
| **Objective:** |
| Bilateral breast exam: negative discharge per nipple, FBD, non-inverted nipples, no dominant masses palpable, axillary nodes not palpable, supraclavicular nodes not palpable. EGBUS: grossly WNL Speculum deferred Uterus bulky 10 week size Bilateral adnexa grossly WNL |
| **Assessment:** |
| Fibroid uterus History of menorrhagia FBD |
| **Plan:** |

DOC 0084

Exhibit #16

Jan. 19. 2016 11:55AM                                                      No. 0010    P. 7 .



**CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES, LTD.**

319 E Madison, Suite J
Springfield, IL 62701

NAME:               BALL ROSLIND
BIRTHDATE:          8/17/1986
Patient #:          R89720
Facility:           Logan
PHYSICIAN:          Dr. RISTIC
EXAM:               GYN_GYN
EXAM DATE:          1/18/2016 10:35 AM

Date: 1/18/2016.

Exam: Pelvic ultrasound.

Comparison: No comparisons.

Technique: Multiple transabdominal sonographic images were obtained of the uterus and ovaries. Color Doppler imaging was utilized.

History: History of fibroids. Patient is on Depo shot.

Findings: The uterus measures 14.0 x 8.6 x 9.7 cm. There is a large homogeneous fibroid measuring approximately 8.7 x 6.0 cm. The exact location of this uterine fibroid is indeterminate, but possibly fundal in location. The endometrial stripe cannot be discerned. What is thought to be the right ovary measures 3.6 cm. There is a 2.7 m follicle within the right ovary. The left ovary measures 1.8 cm and appears grossly normal. There is no gross free fluid.

Impression:
1. Large uterine fibroid possibly fundal in location.
2. Prominent follicle in the right ovary. Normal left ovary.

Electronically Signed by Daniel Stanton
Daniel Stanton
/

Electronically Signed on 1/19/2016 11:54 AM

MD HEALTH MATERIAL
Read BCL to [illegible]        1/19/16
Dr. Reviewed:
Recall Next Line
See Chart              Date Ch
See Progress Note
Other

Exhibit #17

Sep 29 2016 10:38AM CIRA 2176793129          page 9



**CENTRAL ILLINOIS
RADIOLOGICAL
ASSOCIATES, LTD.**

319 E Madison, Suite J
Springfield, IL 62701

**NAME:** BALL ROSLIND
**BIRTHDATE:** 8/17/1986
**Patient #:** R89720
**Facility:** Logan
**PHYSICIAN:** Dr. RISTIC
**EXAM:** GYN_GYN
**EXAM DATE:** 9/28/2016 10:35 AM

Date: 9/28/2016.

Exam: Pelvic ultrasound.

Comparison: Pelvic ultrasound dated 1/19/2016.

Technique: Multiple transabdominal sonographic images were obtained of the uterus and ovaries. Color Doppler imaging was utilized.

History: History of fibroid uterus. Bleeding.

Findings: The uterus measures 14.4 x 7.1 x 9.8 cm. There is mass effect on the endometrial stripe secondary to the fibroid. The endometrial stripe measures 1.9 mm. There is a sizable heterogeneous fibroid in the fundal uterus measuring 7.9 x 5.1 x 5.3 cm. This fibroid is unchanged compared to the prior exam. The right ovary measures 3.4 x 3.0 x 3.8 cm. There is a prominent follicle within the right ovary measuring 2.4 cm. The left ovary measures 2.8 x 2.0 x 2.0 cm. The left ovary is normal with physiologic follicles. There is no free fluid.

Impression:
1. Stable large fibroid within the fundal uterus.
2. Prominent follicle right ovary is slightly smaller measuring 2.4 cm decreased from 2.9 cm. It is conceivable that this is a new follicle.
3. Normal left ovary.

Electronically Signed by Daniel Stanton
Daniel Stanton
/

Electronically Signed on 9/29/2016 9:11 AM

M.D. HEALTH MATFORM PREVIEW
Recd HCU Office Date _9.29-16_

Dr. Reviewed: _____
Recall Next Line _____
See Chart _____ Date Chart Sent _____
See Progress Note _____
Other _____

Exhibit #18    3:23-cv-03245-JES-JEH   # 1-1   Filed: 08/01/23   Page 36 of 101

Dec 08 2016 10:35AM CIRA 2176793129                          page 5



**CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES, LTD.**

319 E Madison, Suite J
Springfield, IL 62701

| | |
|---|---|
| **NAME:** | BALL ROSLIND |
| **BIRTHDATE:** | 8/17/1986 |
| **Patient #:** | R89720 |
| **Facility:** | Logan |
| **PHYSICIAN:** | Dr. RISTIC |
| **EXAM:** | OB_EV |
| **EXAM DATE:** | 12/5/2016 8:21 AM |

EXAMINATION: Complete pelvic sonogram (non-obstetric) with transvaginal ultrasound

CLINICAL HISTORY: 30 years female with history of uterine fibroid and right ovarian cyst.

COMPARISON: None available.

TECHNIQUE: Ultrasound examination of the pelvis was performed utilizing transabdominal and transvaginal approach to assess grayscale appearance, color doppler flow, and spectral waveform characteristics.

FINDINGS:
Uterus: 14.2 x 8.4 x 9.3 cm. Enlarged with an approximately 7 x 7 cm heterogeneously echogenic submucosal fundal mass.
Endometrial stripe: 2 mm in thickness.
Cervix: Nabothian cysts.

Right ovary: 2.7 x 2.3 x 2.7 cm. Normal echogenicity. Blood flow demonstrated. No masses or cysts.
Left ovary: 2.1 x 1.3 x 2.1 cm. Normal echogenicity. No masses or cysts.

Other findings: No free pelvic fluid.
Urinary bladder within normal limits in sonographic appearance.

IMPRESSION:

Enlarged uterus containing a heterogeneously echogenic fundal submucosal mass which may represent a uterine fibroid. Other etiologies are not entirely excluded.

Electronically Signed by Nzeadi O Uzochukwu, MD
Nzeadi O Uzochukwu, MD

Electronically Signed on 12/7/2016 1:08 PM

M.D. HEALTH MATERIAL REVIEW
Rec'd HCU Office - Date  12-8-16
                              Date   Initial
Dr. Reviewed: _____
Recall Next Line _____
See Chart _____ Date Chart Seen
See Progress Note _____ File ___
Other _____

RM
1-9-2016

Exhibit #19

Nov. 22. 2017  9:04AM                                             No. 7411   P. 7/10



**CENTRAL ILLINOIS
RADIOLOGICAL
ASSOCIATES, LTD.**

319 E Madison, Suite J
Springfield, IL 62701

NAME:            BALL ROSLIND
BIRTHDATE:       8/17/1986
Patient #:       R59720
Facility:        Logan
PHYSICIAN:       Dr. RISTIC
EXAM:            GYN_GYN
EXAM DATE:       11/13/2017 8:19 AM

PATIENT NAME: ROSLIND BALL

EXAM: Ultrasound of the pelvis, transabdominal and transvaginal imaging.

DATE OF EXAM: 11/13/2017

COMPARISON EXAM: 12/5/2016

INDICATION: Evaluation of uterine fibroids.

TECHNIQUE: Transabdominal and transvaginal ultrasound imaging of the pelvis was performed utilizing grayscale and limited color Doppler spectral analysis imaging techniques.

FINDINGS: The uterus is enlarged measuring about 13.3 cm in length and 9.9 x 10.0 cm in greatest cross-sectional dimension. The uterus has a leiomyomatous configuration. The largest leiomyoma seen in the fundal region measuring about 6.0 x 7.4 x 8.8 cm in cross-sectional dimension. The uterus is similar in appearance compared to the previous study. No evidence of endometrial thickening or free fluid in the endometrial canal of the uterus. Right ovary measures 2.6 x 3.2 x 2.3 cm. The left ovary measures 2.9 x 2.7 x 1.3 cm. 1.8 cm thin-walled sonolucent lesion right ovary suggesting a dominant follicle, less likely a simple cyst. No mass or cyst left ovary. No free fluid in the cul-de-sac.

IMPRESSION: ENLARGED LEIOMYOMATOUS UTERUS WITH A LARGE DOMINANT LEIOMYOMA IN THE UTERINE FUNDUS SIMILAR IN APPEARANCE TO STUDY 12/5/2016. 1.8 CM THIN-WALLED FOLLICLE OR CYST RIGHT OVARY.

Signed: Greg A Gregg, MD

Electronically Signed by Greg A Gregg, MD
Greg A Gregg, MD
/
Electronically Signed on 11/21/2017 2:35 PM

11-22-17

Reviewed:
Scan Next Time
See Chart          Date
See Progress Note

Exhibit #20 ♀

3:23-cv-03245-JES-JEH   # 1-1   Filed: 08/01/23   Page 38 of 101

| DECATUR MEMORIAL HOSPITAL | Ball, Roslind |
|---|---|
| 2300 N EDWARD ST | MRN: 06934144, DOB: 8/17/1986, Sex: F |
| DECATUR IL 62526-4163 | Acct #: 56276023 |
| Abstract of Health | Adm: 8/14/2019, D/C: 8/14/2019 |

**History & Physicals**

**H&P signed by Morisetty, Vidya R, MD at 8/14/2019 8:56 AM**

| Author: Morisetty, Vidya R, MD | Service: Obstetrics | Author Type: Physician |
|---|---|---|
| Filed: 8/14/2019 8:56 AM | Date of Service: 8/13/2019 9:10 PM | Status: Signed |
| Editor: Morisetty, Vidya R, MD (Physician) | | |

HISTORY AND PHYSICAL

Admit
  CSN: 155189814

Dictating Provider
27358 V.S. Rao Morisetty, MD

HISTORY OF PRESENT ILLNESS
Ms. Ball is a 32-year-old African American female, gravida 4, para 1-0-3-1, and last menstrual period 2 weeks ago, with history of heavy menstrual periods and also a known case of fibroids for 10 years. She also had cervical dysplasia. She came to see me for the first time on November 9, 2018. Patient states she has been using a lot of pads and bleeding for 8-9 days, passing a lot of blood clots progressively. Her heavy periods have been getting worse. No other complaints.

ALLERGIES
NO KNOWN DRUG ALLERGIES.

PAST MEDICAL HISTORY
Unremarkable.

PAST SURGICAL HISTORY
She had a head injury.

OBSTETRICAL HISTORY
One full-term normal spontaneous vaginal delivery and 2 spontaneous ABs, 1 abortion.

GYNECOLOGIC HISTORY
Menarche at the age of 11. She bleeds irregularly for 7-10 days. She had a total of 15 partners.

SOCIALLY
She is from Logan Correctional Center. Admits using marijuana and ecstasy, ethyl alcohol. Admits smoking half a pack of cigarettes every day.

PHYSICAL EXAMINATION
VITAL SIGNS: She is 5 feet 7 inches, weighing 199 pounds.
HEENT: Normocephalic.
NECK: No thyromegaly. No lymphadenopathy.
LUNGS: Clear to auscultation bilaterally. No adventitious sounds.
HEART: S1, S2. Regular rhythm.

Exhibit # 20.B

DECATUR MEMORIAL HOSPITAL
2300 N EDWARD ST
DECATUR IL 62526-4163
Abstract of Health

Ball, Roslind
MRN: 06934144, DOB: 8/17/1986, Sex: F
Acct #: 56276023
Adm: 8/14/2019, D/C: 8/14/2019

**History & Physicals (continued)**

H&P signed by Morisetty, Vidya R, MD at 8/14/2019  8:56 AM  (continued)

ABDOMEN: Nongravid soft, and nontender. No hepatosplenomegaly. No rebound.
No guarding.
BACK: No CVA tenderness.
EXTREMITIES: Nontender. No swelling.
NEUROLOGICAL: Patient is alert, oriented x3.
PELVIC: External genitalia normal. Vagina normal. No lesions. No
discharge. Cervix long, bulking, and closed. Uterus 10-12 week size. I did
not feel any masses or tenderness in adnexa.

ASSESSMENT
1. Menorrhagia.
2. Known case of leiomyoma of the uterus.
3. History of cervical dysplasia.
4. She also had LEEP at Cook County in 2012.
5. Patient had cervical dysplasia since 2013.
6. She had recent Pap smear on January 11, 2019, low-grade squamous
intraepithelial lesion.

PLAN
Admit the patient to same-day unit on August 14, 2019, for diagnostic
hysteroscopy, dilatation and curettage, as patient used Depo-Provera and oral
contraceptive pills in the past without any relief. Patient is given
alternatives available and after counseling, she opted for diagnostic
hysteroscopy, dilatation and curettage. She is told about complications
involved in the procedure including infection, bleeding, hemorrhage, damage to
the surrounding organs, possible perforation of the uterus and possible
electrocautery injuries needing additional procedures, possible transfusion
reactions in case she is transfused for any reason including hepatitis B,
hepatitis C, and HIV, and all of her questions have been answered and she is
given information on the procedure. She is given preoperative instructions,
and patient is scheduled to have diagnostic hysteroscopy, dilatation and
curettage on August 14, 2019, at Decatur Memorial Hospital.

DICTATED BY: V.S. Rao Morisetty, MD

VM/MODL
DD: 08/13/2019 20:26:03
DT: 08/13/2019 21:10:12
Job #: 1014000/850243120

CC: Celina C Tsang, MD [30783]

Electronically signed by Morisetty, Vidya R, MD at 8/14/2019  8:56 AM

**Operative Notes**

Exhibit # 21 A    3:23-cv-03245-JES-JEH    # 1-1    Filed: 08/01/23    Page 40 of 101

Ball, Roslind (MRN 06934144)



**Decatur Memorial Hospital**

# Order

CT ABDOMEN PELVIS W/ CONTRAST [IMG5003] (Order 546614581)

## CT ABDOMEN PELVIS W/ CONTRAST: Patient Communication

📖 Released                                              ✗ Not seen

## Study Status

Study Status: **Final** Read by: Locke, Jonathan T, MD

### CT ABDOMEN PELVIS W/ CONTRAST                    Order: 546614581

Status: Final result   Visible to patient: No (inaccessible in MyChart) Dx: Uterine leiomyoma, unspecified location

#### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Locke, Jonathan T, MD | 11/11/2021 | |
| 📞 217-876-2300 | | |

Narrative & Impression
EXAMINATION:
CT ABDOMEN PELVIS W/ CONTRAST

11/11/2021

HPI:
35-year-old female with palpable uterine mass.

COMPARISON:
None

TECHNIQUE:
Helical imaging of the  abdomen and pelvis obtained with the intravenous administration of contrast.
   A dose lowering technique was used for this procedure, which may include, but is not limited to, dose reduction techniques, automated exposure controlled techniques, use of iterative reconstruction techniques, and ALARA or ALARA gently techniques.

FINDINGS:
LUNG BASES: No pulmonary nodules or masses are seen.  No pleural fluid is identified.

HEPATOBILIARY: Liver is homogeneous in attenuation. No discrete hepatic lesions are seen. The pancreas is intact without pancreatic mass or peripancreatic inflammation. The gallbladder and extrahepatic biliary tree are intact

GU:The adrenal glands are normal size and morphology. The kidneys are symmetric in size and attenuation. No obstructive uropathy is seen. There is a large hypervascular mass within the uterine fundus. This has necrosis. This measures 10.7 x 12.7 x 13.2 cm. The ovaries are poorly seen.

GI: No obstruction or free air is seen. No free fluid is identified. No peritoneal carcinomatosis is seen

LYMPHATICS: Spleen normal size and morphology. Mildly enlarged retroperitoneal lymph nodes are questioned.

VASCULAR: The inferior vena cava is compressed by the uterus. The uterus actually deforms the common iliac artery on the right.

MUSCULOSKELETAL: No lytic or blastic lesions are appreciated.

IMPRESSION
Findings concerning for a uterine malignancy such as a sarcoma.

Questioned retroperitoneal adenopathy.

RECOMMENDATION:
MRI may be of benefit

Electronically signed by: JONATHAN LOCKE,MD
Date of Signature: 11/11/2021 09:55:41

Exam Ended: 11/11/21 09:37                Last Resulted: 11/11/21 09:55

📄 Order Details  🔎 View Encounter  🧪 Lab and Collection Details  📧 Routing  🕙 Result History

### Result Care Coordination

💬 Patient Communication

📭 Released                                    ✗ Not seen

There is no interpretation history.

### PACS Images

(Link Unavailable) Show images for CT ABDOMEN PELVIS W/ CONTRAST

### Printable Result Report

Open Hard Copy Result Report (Order #546614581 - CT ABDOMEN PELVIS W/ CONTRAST)

### Order Information

| Order Name | Order ID | Order Date and Time | Order Date and | User Summary | Extended Time | Extended By |
|---|---|---|---|---|---|---|

Exhibit # 22 A

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note
LOGAN CORRECTIONAL CTR Center

Date:  11/22/2021 09:43

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |
| Race: B | Gender: female | Date of Birth: 08/17/1986 | | |

Nursing Notes -- Nurse Sick Call Note

Current Vitals: T: 96.9 (Temporal)    P: 63 (Sitting)    R: 17 / min    B/P:  122 / 62 (Sitting)
Pulse Ox:  97 %
Height: 67 in.    Weight: 202.05 Lbs.
Current Vitals Date: 11/17/2021

Allergies:       shellfish derived, Sulfa (Sulfonamide Antibiotics)

Problems:

Mental Health:
Depressive Disorder:  Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

Not Specified:
Well Woman Examination First Observed 7/9/2014 07:04PM
Seizures First Observed 7/23/2014 08:37AM
Acne First Observed 7/23/2014 08:37AM
Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
Breast Discharge First Observed 2/17/2015 10:34AM
Np Calluses First Observed 2/17/2015 11:16AM
Menorrhagia First Observed 1/8/2016 03:12PM
Uterine Fibroids First Observed 9/16/2016 12:54PM
Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM

Medications:
DHS TAR GEL 0.5 %,   1 APPLICS TOPICALLY Q 3DAYS
Special Instructions: KOP
VITAMIN E 200 UNITMG,    1 CAPS ORAL(po) QAM
Special Instructions: KOP
LEVETIRACETAM 250 MG,    1 TABS ORAL(po) QAM
METHOCARBAMOL 500 MG,    1 TABS ORAL(po) QAM

Date/Time:  11/22/21

| | |
|---|---|
| SUBJECTIVE: | "I need to talk to the provider about my CT scan results and my past U/S results. I want to know if my mass, the leomyoma, was seen on my US in 2019 or was it missed?" |
| OBJECTIVE: | In NAD, chart review with NP Tucker, Mass seen on scans all the way back to 2016, IIC declined surgical intervention/TAH BSO several times and only wanted to stay on the Depo Provera. See chart notes for info. |
| ASSESSMENT: | Altered communication |
| PLAN: | Informed IIC to request paper documents if she needs to have them KOP, Results discussed with provider last week. Will send message to Dr. Tsang's nurse for future requests |
| EDUCATION: | Educated on how to request medical record docs |

DOC 0084

Exhibit #22 15

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Note**
**LOGAN CORRECTIONAL CTR Center**

Date: 11/22/2021 09:43

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |
| Race: B | Gender: female | Date of Birth: 08/17/1986 | | |

**Nursing Notes – Nurse Sick Call Note**

Electronically Signed by ARMOUR, KIMBERLY R.N. on 11/22/2021.
##And No Others##

Exhibit # 23    3:23-cv-03245-JES-JEH   # 1-1   Filed: 08/01/23   Page 44 of 101

SIU GynOne Office Visit | BRARD,LAURENT | Jan 12 2022  9:20AM
Patient: Ball, Roslind | MRN: 1325658 | DOB: 08-17-1986



**Division of Gynecologic Oncology**

Laurent Brard, MD, PhD
Division Chief
Professor of Obstetrics and Gynecology

Lorie A. Sporrer, NP-C, APRN

Southern Illinois University School of Medicine
Department of Gynecologic Oncology
PO Box 19640
Springfield, IL 62794-9640
Appointments: 217-545-8000
Fax: 217-545-0112

Re: Ms. Roslind Ball
DOB: Aug 17 1986
Age: 35 year old
MRN: 1002074860
DOS: Jan 12, 2022

**Established patient visit, post-operative  visit #1  with very large fibroid uterus.**

**Chief Complaint**

Postop check #1

**History of Present Illness**

Reason For Visit: follow up care
PCP: Celina C. Tsang, MD
Consultants Seen: Sebastien S. Kairouz, MD

The patient is a 35 YO G1P1 prison inmate with a very large fibroid uterus (990 g), s/p excision performed on 12/30/2021. The patient was seen in follow-up by Dr. Kairouz (CCSI Heme Onc) on 10/15/2021 to discuss further management of the patient's recently diagnosed left breast DCIS. On examination, Dr. Kairouz noted an abdominopelvic mass. Given this finding, the patient was scheduled for a CT scan of the abdomen and pelvis. The patient underwent this imaging on 11/11/2021. This imaging revealed a large hypervascular mass within the uterine fundus measuring 10.7 x 12.7 x 13.2 cm. Of note, the patient reported hematochezia during her office visit with Dr. Kairouz who was planning to refer the patient to GI for a possible colonoscopy. Given the imaging findings,the patient was referred to our office for evaluation and treatment planning of her uterine mass.

The patient was seen in our office on 12/6/2021. At that visit, given all findings, we recommended surgery. On 12/30/2021, the patient underwent a robotic assisted total laparoscopic hysterectomy, right salpingo-oophorectomy, left salpingectomy, bilateral pelvic sentinel lymph node biopsy, cystoscopy. Final pathology revealed a very large fibroid uterus (990 g). The patient presents to our office today for her 1st postop exam (POD #13) and review of final pathology.

In the office the patient is without complaints. She denies fevers, chills, nausea, vomiting, changes in her bowel or bladder functions or vaginal bleeding/spotting. The patient reports mild incisional discomfort controlled with over-the-counter pain medication.

**Gyn/Onc History:**
(1) Very large uterine mass (10.7 x 12.7 x 13.2 cm) on imaging performed on 11/11/2021
(2) Very large fibroid uterus (990 g), s/p excision performed on 12/30/2021.

**Past Gynecological History**
The patient is s/p hysterectomy (12/30/2021)
Menarche at age 12. She uses no contraception. She is not sexually active.

*keep this copy*

Exhibit #24

*No onsite US on file for 2019, 2020, 2021 waiting on July MAR*

Offender Name: _Roslind Ball_ ) #: _289720_ Living Unit: _6 n 2_

Job Assignment: _Dietary_ Shift: _2nd_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Healthcare/Medical Records_

I request ☐ interview  ☐ cell assignment  ☐ visit  ☐ Trust Fund  ☐ purchase  ☒ other (specify) _I am requesti_

for the purpose of (explain): _all medical records for pelvic ultrasounds and pelvic_ _Sonogram (non obstetric) with transvaginal ultrasound for years_ _2019, 2020, 2021 also MAR for month of June & July of "22" from 7-01-07-_

_Roslind Ball_                    _7-07-22_

Offender's Signature                    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____      Remarks by supervisor (if necessary) : _____

_____      _____

_____      _____

_____      _____

Print Staff Name                    Print Supervisor Name

_____ _____      _____ _____

Staff Signature            Date            Supervisor Signature            Date

Distribution:   Affected Unit                    · DOC 0286 (Rev. 4/201

*Printed on Recycled Paper*

Exhibit #25    3:23-cv-03245-JES-JEH    # 1-1    Filed: 08/01/23    Page 46 of 101

# Transgender Women in Illinois DOC Secure Injunction with Special Monitor

*by Casey J. Bastian*

TRANSGENDER WOMEN IMPRISONED IN the Illinois Department of Corrections (DOC) notched another victory in their legal battle for gender dysphoria treatment on December 13, 2021, when the U.S. District Court for the Southern District of Illinois agreed to appoint a Special Monitor to ensure the state complies with the terms of an injunction issued on August 9, 2021.

At that time, in what the state chapter of the American Civil Liberties Union (ACLU) termed a "major victory" following a four-day trial, the Court granted an injunction in favor of plaintiffs in a class-action lawsuit against DOC over its continuing failure to provide requested evaluations and treatments for gender dysphoria.

The decision prompted John Knight, who is the LGBTQ and HIV project director for the ACLU of Illinois, to say that the group's clients had "endured years of suffering, waiting for (DOC) to simply provide basic health care." He was referring to plaintiffs in the case, five transgender women held by DOC who originally filed the suit in 2018, later expanded to include all members of the "class of similarly situated individuals." The class consists of roughly 130 prisoners.

In her August 2021 opinion, Judge Nancy Rosenstengel chastised DOC for failing to heed her Court's earlier instruction in the case, handed down in December 2019, to improve health care for transgender prisoners. The prison system countered that it had been stymied by the COVID-19 pandemic, but the judge called that excuse "nonsense."

The transgender prisoners testified that DOC consistently denied basic treatments, including hormone therapies and gender-appropriate hygiene items, and that the inadequate treatment was psychologically devastating. The trans women were housed with men, from whom they feared sexual and physical predation, they said. Worse, they were not allowed to choose the gender of guards conducting required strip-searches, leaving one plaintiff unable to receive visits from her mother.

The five named plaintiffs were Janiah Monroe, Marylin Melendez, Lydia Vision, Sora Kuykendall, and Sasha Reed; a sixth DOC prisoner, Ebony Stamps, was also named in the lawsuit. Each claimed that DOC's failure to treat them for gender dysphoria was a violation of their Eighth Amendment guarantee of freedom from cruel and unusual punishment.

Gender dysphoria is defined as "a condition in which a person experiences clinically significant distress stemming from incongruence between one's experienced or expressed gender and one's assigned gender." It was formerly considered a mental health issue until the diagnosis was redefined as a medical condition in the 10th Edition of the World Health Organization's *International Classification of Disease* in 1992. *The Diagnostic Statistical Manual of Mental Disorders* has also recognized that gender dysphoria is to be considered a medical condition requiring clinical treatment.

Monroe testified that DOC's lack of treatment was "excruciatingly painful" and caused her to attempt a variety of self-harming acts, including chewing out veins and attempting suicide.

Melendez told jurors that living without gender reassignment surgery was "upsetting" and "depressing," causing her to feel "disgust and discomfort" and "like a freak."

"I was depressed, anxious, and suicidal," Reed testified.

Kuykendall recalled being repeatedly called "it" by DOC staff, though each of the prisoners testified to similar and chilling examples of DOC staff misconduct, along with a refusal to treat them.

Dr. Randi Ettner, a clinical and forensic psychologist specializing in the treatment of gender dysphoria, was an expert witness for the plaintiffs. Ettner chairs the World Professional Association for Transgender Health, a "professional association dedicated to understanding and treating gender dysphoria." After reviewing DOC policies and the prisoners' medical records, Ettner determined that DOC provided "inadequate and inappropriate care," testifying that this lack of treatment typically results in the types of behaviors described by the prisoners.

Ettner also testified that neither DOC Chief of Psychiatry Dr. William Puga nor the DOC Transgender Committee he oversees is competent to treat gender dysphoria, claiming instead that the Committee's decisions fall below the Standards of Care and "place inmates at risk."

As a result of the trial, the Court placed an extensive list of mandates in its August 2021 order, including but not limited to:

• A requirement that each plaintiff be provided the medical treatment they request and qualify to receive, including hormone treatments, hormone level monitoring, gender affirming surgery, hair removal services, and gender-appropriate commissary items;

• A change to DOC policy allowing transgender prisoners to request reassignment to a prison whose population conforms with their gender;

• A series of additional changes to DOC policy, including staff training, written surgical standards for transgender care, and DOC's transgender identification policy, which must "allow for transgender inmates' medically necessary social transition...avoidance of cross-gender strip searches, and access to gender-affirming clothing and grooming items."

"Our clients' voices were heard," said Knight after the verdict was announced, "and the obvious need for court intervention was made clear." See: *Monroe v. Meeks*, 2021 U.S. Dist. LEXIS 148487.

In its most recent decision to appoint a Special Monitor, the Court conceded the need for "more intensive and regular oversight of Defendants' actions to comply with" its earlier orders, as well as concluding that—with some 1,700 pages of medical records and reports in the most recent 60-day status report—"the post-trial remedial phase of this matter is sufficiently complex to exceed the Court's ability to effectively and timely evaluate the records to determine whether Defendants are making adequate progress toward compliance." See: *Monroe v. Meeks*, 2021 U.S. Dist. LEXIS 237410. ◼

Additional source: *New York Daily News*

Copyright 1978-2021 Lexicomp, Inc. All rights reserved.

(For additional information see "Tamoxifen: Drug information" and see "Tamoxifen: Pediatric drug information")

You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information.

## Brand Names: US

Soltamox

## Brand Names: Canada

APO-Tamox; Nolvadex D; TEVA-Tamoxifen

## Warning

- This drug may raise the chance of very bad and sometimes deadly side effects like stroke, blood clots, or endometrial or uterine cancer.

## What is this drug used for?

- It is used to treat breast cancer.
- It is used to lower the chance of breast cancer in people with a higher chance of getting it. It may lower the chance of getting cancer in the other breast after one has cancer.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you have an allergy to tamoxifen or any other part of this drug.
- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have blood clots or have had blood clots in the past.
- If you are taking any of these drugs: Anastrozole, letrozole, or warfarin.

Exhibit # 00 A

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Ball, Roslind

ID# : R89720

Facility: Logan

10/31/22
Date

This is in response to your grievance received on 8/1/22 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 6/28/22   Grievance Number: 6.374.22   Griev Loc: Logan

- ☑ Medical claims between "6/12-6/14/2022 i was not properly given my pain medication Tramadol"
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Other:

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden Logan _____ Correctional Center
Ball, Roslind _____ ID# R89720

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

6-374.22

Institution: _____  Housing Unit: 6N-2  Bed #: L-1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Offender (please print): Roslind Ball | ID #: R89720 | Race (optional): |

Facility: a Correctional Center

Facility where grievance issue occurred: Logan Correctional Center

Nature of grievance:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Logan Healthcare Department, Dr. Smith, Wexford Healthcare Serv
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

6-28-22
Date of report

Logan Correctional Center
Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Between the dates of June 12-14 of 2020 I was not properly given my pain medication Tramadol. I am suppose to receive Tramadol three times a day to help me cope with constant pain I suffer from due to past surgeries and radiation treatments. On 6-12-22 I only received one dose of Tramadol (at AM med line) On 6-13-22 I did not receive any of my three ordered/prescribed doses of Tramadol. On 6-14-22 I did not receive my morning dose of Tramadol. All together I did not receive six of my prescribed dosages of Tramadol. As I stated before the Tramadol

[x] Continued on reverse

Relief Requested:

I am requesting punitive and consequential damages for my pain and suffering, several days I was in agonizing pain because I was not given my pain medication properly. This is a constant ongoing issue that I've been dealing with since I was had the first of many surgeries dealing with my breast cancer. Also I'm requesting that I be given all medication ordered/prescribed by surgeons/doctors, not to be altered or changed.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [x] Check if this is NOT an emergency grievance.

Roslind Bell
Offender's Signature

R89720
ID#

6-28-22
Date

(Continue on reverse side if necessary)

---

Counselor's Response (if applicable)    Date Received: 7-01-22    [x] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
Spoke with Nurse Goff in Health care who checked the information in the system and stated that during this time the medication Tramadol was out of stock on 6/12 and was immediately re-ordered, they received the order on 6/14. Pharmacy also experienced a lack of staffing during this time.

Todd
Print Counselor's Name

Sign Counselor's Name

7/1/22
Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:    Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

JUL 2022

_____
Chief Administrative Officer's Signature

Date _____

Assigned Grievance #/Institution: _____ Housing Unit: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

was prescribed to help me with pain. On 4-24-22 I finished my radiation treatments. I was told by Oncologist Dr. Yaun that I will continue to be in for months to come and that the radiation will stay in my system for an additional month. Also that I should expect to feel sharp shooting pain in my left breast where I received the radiation for quite some time. So despite my Tramadol being prescribed to me as P.R.N. I have never missed one dosage of it because I am in constant pain. I was not given my afternoon dose one day because I was on a writ and the nurse said "you can receive you p.m. dose because it's already after 3:00pm so when med-line come to your housing unit you can only have your p.m. dose of Tramadol not your noon dose". Not being given my medication properly is a constant issue that I have to deal with do to Logan's Health Care Department, Dr. Smith and Wexford Healthcare Services. Prior to this on 3-08-22 I underwent the medical procedure of a lumpectomy. This procedure was necessary due to cancerous cells being found in my left breast. This surgery was performed by Dr. Gilman at D.M.H. Before leaving D.M.H. I asked Dr. Gilman's Nurse "what type of pain medication am I suppose to receive and how much"? Her response was "Thirty (30) Tramadol. I was placed in the infirmary when I returned to L.C.C. Hours later when I awoke I was in severe pain. I then asked for my asked for my Tramadol but instead the nurse gave me two 500mg Tylenol. This caused me to ask the nurse "Why am I not being given my Tramadol"? That was prescribed to me by Dr. Gilman. The nurse then explained to me that just because a doctor prescribed a medication to you that doesn't mean Dr. Smith is going to order it for you. I explained to her that "I just had surgery and I am in a lot of pain and I need my pain medication". She then told me "Dr. Smith doesn't order pain meds over the phone". I asked the nurse again "If the the surgeon/doctor prescribed Tramadol for my pain why can't I have it" Her response was "I just work here". On 3-09-22 I spoke with the infirmary nurse and explained to her how much pain I was in and that I was not receiving my pain medication and I was only given two 500mg Tylenol yesterday and how no one has given me anything for pain since then. This nurse then gave me a blister pack of Tylenol 500mg with ten capsels in it and told me "That's all she could give me" After reviewing my file Dr. Smith ordered the Tramadol for my pain and I was discharged from the infirmary that evening. Later that evening when med-line came to the housing unit they forgot my Tramadol. When I asked Wexford nurses to bring my medication back to the housing unit because I was in so much pain they refused to do so. Wexford nurses spoke with officer over the phone and said "If I want my Tramadol I'd have to walk to healthcare to receive it". At 9:00 pm I had to walk to health care to receive my pain medication "Tramadol" despite me being in severe pain and just having surgery and it being very cold outside. On 3-10-22 I was not given my Tramadol again and Wexford nurses attempted to give me a shot of Ketorolac but I refused it because I was scared of the side effects. Wexford nurses tried to ensure me that this was a better pain medication than the Tramadol but I refused it and asked "Why can't I just have my Tramadol"? The nurses then told me that I don't have an order for Tramadol. I then explained to the nurses that "Dr. Smith order my Tramadol and I just received a dose of it last night".

Assigned Grievance #institution: 

Housing Unit: 6-71-2   Bed #: 11

1st Lvl rec.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec.

| Date: | Offender (please print): Roslind Ball | ID #: K89720 | Race (optional): |
|---|---|---|---|

| Present Facility: Logan Correctional Center | Facility where grievance issue occurred: Logan Correctional Center |
|---|---|

**Nature of grievance:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Medical Treatment | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☒ Other (specify): Logan HealthCare, Dr. Smith, Wexford Healthcare Services | |
| ☐ Disciplinary Report   6-28-22 | Logan Correctional Center | |
| | Date of report | Facility where issued |

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Continued on reverse

☒ Continued on reverse

**Relief Requested:**

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

Roslind Ball          K89720          6-28-22
Offender's Signature      ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name          Sign Counselor's Name          Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature          Date

Assigned Grievance #/Institution _____  Housing Unit: _____  Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____  2nd Lvl rec: _____

On 3-11-22 at 3:00am a code was called because my left breast was bleeding, swollen and very red and I was in agonizing pain. When the nurses arrived I showed them my left breast and explained to them that I was not receiving my Tramadol. The nurses left and came back and gave me five Sterile A.B.D. pads to help with the bleeding and also gave me a Tramadol. The nurse then told me "I don't understand why they're not giving you your Tramadol because you have a valid order for it and there is Tramadol in stock." Later that morning I spoke with Dr. Smith and she explained to me that my breast was infected. Also she was going to order me some antibiotics. I then asked Dr. Smith "Why am I not receiving my Tramadol?" Dr. Smith replied "That, I need to ask the nurses that question because your order for Tramadol is valid." I then asked Dr. Smith "Why do I have to ask the nurses about my Tramadol when your the one who put the order in for it"? Dr. Smith said "You need to ask the nurses about your Tramadol". On 3-16-22 I was taken to D.M.H. and spoke with Surgeon/Dr. Coilman and asked him "How long will I be in pain from this surgery"? He said "About six weeks". I then explained to him that I was not being properly given my pain medication. Due to this he prescribed me with Ibuprofen to help manage my pain. On 3-18-22 I spoke with L.P.N Bernadette Andrews at Sickcall about my Tramadol because the day before on 3-17 I was told it had expired. When I asked L.P.N. Andrews "How could my Tramadol be expired already when I was prescribed Thirty (30) Capsules of Tramadol by Surgeon/Dr. Coilman"? Also if Dr. Smith ordered/prescribed my Tramadol on 3-09-22 then it should expire until 3-26-22. L.P.N. Andrews explained to me that what Dr. Coilman prescribed/ordered for you is only a suggestion. I then asked L.P.N. Andrews "How is that a suggestion what what Dr. Coilman order/prescribed for my pain? I then asked L.P.N. Andrews "why is it that every time I have a surgery my pain medication is switched and the dosage that I am suppose to recieve, whenever I return to L.C.C.?" "Why do the doctors here change it to what they want me to have 'verses' what I need"? I explained to L.P.N. Andrews "Ig I had this surgery at home the doctor would give me a prescription to fill and I'd take it to walgreens or cvs and have it filled without any problems nor would anybody be telling me you can only have a certain amount now and if you think you also need the rest come pick them up on a later date. L.P.N. Andrews said "What Dr. Coilman ordered you is a suggestion, Dr. Smith only order your Tramadol for one week, two times a day. Later that day I spoke with Dr. Smith and when I asked her about my pain medication and why was my dosage cut in half, knowing all the pain that I've been going through? Dr. Smith said "I'm just going off of your file/history from your last surgery, that's why I prescribed/ordered your Tramadol the way I did". I explained to Dr. Smith that could not be true because my last surgery was on 12-30-21 and I had an hysterectomy and I was given Tramadol for every six hours for ten days (40 capsules) with an additional seven days twice a day because I was still in so much pain. Which would have

Exhibit #3 1:23-cv-03045-JES-JEH  # 1-1   Filed: 08/01/23   Page 53 of 101

| Assigned Grievance Administration: | | Housing Unit: 6-N-8 | Bed #: L1 |
|---|---|---|---|

1st Lvl screen (rev) DOC

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl ret screen at national med doc

| Date: | Offender (please print): Roslind Ball | ID #: R89720 | Race (optional): |
|---|---|---|---|

| Present Facility: Logan Correctional Center | Facility where grievance issue occurred: Logan Correctional Center |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): Logan Healthcare, Dr. Smith, Wexford Healthcare Service
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Disciplinary Report 6-28-20  Date of report   Logan Correctional Center  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Continued on reverse

[X] Continued on reverse

**Relief Requested:**

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [X] Check if this is NOT an emergency grievance.

Roslind Ball  Offender's Signature    R89720  ID#    6-28-2022  Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name     Sign Counselor's Name     Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature     Date

Assigned Counselor # Institution _____     Housing Unit: 10 h-2    Bed #: L1

5th Grievant:                        ILLINOIS DEPARTMENT OF CORRECTIONS          2nd Lvl rec:
                                            Offender's Grievance

been a total of (54) capsels of Tramadol and my surgery before that one on 9-09-21 a left duct incision and biopsy I was given pain medication three times a day for seven days which was a total of (21) capsels. After specialts with Dr Smith she prescribed/ordered Tramadol three times a day for thirty days. Unfortunately between 3-18-22 to 3-23-22 I was still not properly given my pain medication Tramadol. To be exact through the days I just listed I was not given nine doses of my Tramadol. Also on 3-02-22 Dr. Brard prescribed/ordered me Miralax to help with my constipation. Instead of Dr. Smith ordering/prescribing the Miralax for me she prescribed me fiberlax pills and lactulose unfortunately neither one of them helped with my constipation. I have requested my medical records but I have yet to receive them from I.D.O.C. please do see the attached documents which are three pages of my M.A.R. when I do receive the other medical document that I've requested I will attach them to this grievance. As of right now I'm choosing to file this grievance in a timely manner.

Exhibit #28C

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** July 5, 2022      **Date of Review:** July 13, 2022      **Grievance #** (optional): 6.374.22

**Offender:** Ball, Roslind      **ID#:** R89720

**Nature of Grievance:** Medication

Individual is grieving that Heath Care is not providing them with the proper medication.

**Facts Reviewed:** Interviewed Mental Health Director of Nursing S. Russell. S. Russell stated,"Ball R89720 tramadol expired. This individual needs to sign up for sick call to be referred to a provider to reorder the medication.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual in Custody's grievance is without merit.

Grievant was seen by medical. This Grievance Officer does not have the authority to evaluate clinical decisions made by a licensed health care professional.

Troy Chrans
_____
Print Grievance Officer's Name                           Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7/13/22      ☑ I concur      ☐ I do not concur      ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                           7/13/22
                                                                    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____      _____      _____
Offender's Signature                           ID#                           Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Printed on Recycled Paper

Exhibit #44

## MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644



| EFFECTIVE DATE | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 3/9/2022 Discontinue 6/5/2022 Rx # 57183871 | METHOCARBAMOL 500MG TAB SUB FOR ROBAXIN TIPTON, KRISTINA TAKE 1 TABLET(S) BY MOUTH EVERY MORNING AS NEEDED *DOT* | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3/26/2022 Discontinue 6/23/2022 Rx # 57233914 | TAB-A-VITE W/ IRON TAB SUB FOR MULTIVITAMIN W/IRON SMITH, BONNIE TAKE 1 TABLET(S) BY MOUTH DAILY | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 5/18/2022 Discontinue 11/13/2022 Rx # 57399887 | TAMOXIFEN 20MG TAB SUB FOR NOLVADEX SMITH, BONNIE TAKE 1 TABLET(S) BY MOUTH EVERY MORNING *KOP* | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 1/11/2022 Discontinue 7/9/2022 Rx # 57065789 | THERAPEUTIC SHAMPOO (473ML) 0.50% SHA SUB FOR DHS TAR GEL TUCKER, KAITLYN APPLY TOPICALLY EVERY 3 DAYS AS NEEDED *KOP* | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order PRN 4/8/2022 Discontinue 7/9/2022 Rx # 40182956 | TRAMADOL 50MG TAB SUB FOR ULTRAM SMITH, BONNIE TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED *DOT* | 0800 1200 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 1/11/2022 Discontinue 7/9/2022 Rx # 57065817 | VITAMIN E (45MG) 100IU CAP TUCKER, KAITLYN TAKE 2 CAPSULE(S) BY MOUTH EVERY MORNING *KOP* | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Location | Date of Birth or Soc. Sec. No. 08/17/1986 | Allergies SULFA ANTIBIOTICS, SHELLFISH-DERIVED PRODUCT | | | Diagnosis |
|---|---|---|---|---|---|

| Patient Name and Number BALL, ROSLIND R69720 | Facility LOGAN (WOMEN) | Charting for 06/01/2022 | Through 06/30/2022 |
|---|---|---|---|

Form # 8182LMR (Rev. 12/21)  Reorder From: MED-PASS 800-438-8884  Ln13x9

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 1/8/22 Discontinue 1/10/22 Rx # | Tramadol 50mg 1 tab PO QID | 04 10 16 22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 12/23/21 Discontinue 12/21/22 Rx # | Vitamin E 200 unit 1 cap PO QAM | | | | | | | | | | | | | # D K | | | | | | | | | | | | | | | | | | | |
| Original Order 1-1-22 Discontinue 2-3-22 Rx # | milk of magnesia 400mg/5ml 15 ml PO Now | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 1-6-22 Discontinue 2-5-22 Rx # | milk of magnesia 5ml PO 3/week | | | | | | | | | | | EA | | | | | | | | | | | | | | | | | | | | | |
| Original Order 1-8-22 Discontinue 1-15-22 Rx # | Cephalexin 500mg caps 1 cap PO BID x 7 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | Tramadol 50mg 1 tab PO BID | 08 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | M. Lind RN | | |
| | | | | | | | | | |

Location

Date of Birth or Soc. Sec. No. 8/17/1982

Allergies Sulfa, Shellfish

Inmate Name and Number Scully, Roseland R89720

Facility Logwcc

Charting for 1/1/22  Through 1/31/22

EXHIBIT #51

# MEDICATION ADMINISTRATION RECORD    BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 03/8/22 Discontinue 6/6/22 | Prenatal Plus 27mg-1mg 1 tab PO QAM   Tueller/gnf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3.9.22 Discontinue 3.16.22 | Tramadol 50 mg tab 1 tab BID x 7 days PRN | 8am 8pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3.11.22 Discontinue 4.8.22 | Tylenol 325mg 1 tab TID   Dartil/JN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3.12.22 Discontinue 3.22.22 | Amox TR 875-125 mg 1 tab PO BID   Smith/Sv | 08a 200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3/18/22 Discontinue 4/17/22 | Tramadol 50mg 1 tab po TID x30days prn   Smith/Kg | 0800 1200 200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3/31/22 Discontinue 6/8/22 | Fiber tab 625mg 1 tab po BID   Smith/kg | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

Location | Date of Birth or Soc. Sec. No. 08/17/1986 | Allergies Sulfa Abx, Shellfish derived product

Inmate Name and Number: Ball Rostinch R89720 | Facility Logan (Women) | Charting for 03/1/22 | Through 03/31/22

Form # 8162LMR (Rev. 08/13)   Reorder From: MED-PASS 800-438-8884



## MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

**Patient Name and Number:** BALL, ROSLIND R89720
**Date of Birth or Soc. Sec. No.:** 08/17/1986
**Allergies:** SULFA ANTIBIOTICS, SHELLFISH-DERIVED PRODUCT
**Facility:** LOGAN (WOMEN)
**Charting for:** 05/01/2022
**Through:** 05/31/2022

**Medications listed:**
- TRAMADOL 50MG TAB (SUP FOR ULTRAM) — SMITH, BONNIE — TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED *DOT* — PRN — Rx 80182966
- VITAMIN E (45MG) 100IU CAP — TUCKER, KAITLYN — TAKE 2 CAPSULE(S) BY MOUTH EVERY MORNING *KOP* — Rx 57086817
- Colace 100mg 1 cap PO BID — Tucker/rs
- Aquaphor Apply topically QD PRN — Tipton/rs
- Tamoxifen citrate 20mg 1 tablet po QAM — Smith/ML
- Ibuprofen 800mg 1 tab PO QAM/QHS — Tipton/HK

**Form # 8180LMN (Rev. 12/21)**
**Reorder From: MED-PASS 800-438-8884**

Exhibit #34 A  3:23-cv-03245-JES-JEH  # 1-1  Filed: 08/01/23  Page 61 of 101



**SIU MEDICINE**
INTERNAL MEDICINE

**Division of Gastroenterology & Hepatology**

Simmons Cancer Institute at SIU
315 W. Carpenter
Springfield, IL 62702

Phone: 217.545.8000    Fax: 217.788.5459
www.siumed.org

May 31 2022

Roslind Ball
Logan Correctional
1096 1350th St
Lincoln, IL 62656-5094

UN: 2

**Message**

YOU MUST HAVE A DRIVER AVAILABLE TO DRIVE YOU HOME THE DAY OF YOUR PROCEDURE OR
YOUR PROCEDURE WILL BE CANCELLED!!

PROCEDURE LOCATION: Springfield Memorial Hospital, Check in at Front Lobby .

PROCEDURE PROVIDER: Abdul Swied, M. D.

PROCEDURE DATE: 07/19/2022 ARRIVAL TIME: 8:50 AM Subject to change with 24 hour notice

PROCEDURE TIME: 10:20 AM

PROCEDURE SCHEDULED: Colonoscopy and EGD

Read the facility brochure for helpful information including medications, what to wear, restrictions and having a
responsible adult driver with you.

NULYTELY/GOLYTELY/COLYTE PREP

Do not mix prep until 1 day before your procedure date.

Three Days before Colonoscopy (7|16)
1. Do not eat nuts, beans, fresh fruits, vegetables, whole grains, and iron supplements.

The Day before Your Colonoscopy: (7|18)
2. Do NOT begin drinking prep until specified time at the bottom of the sheet.

3. Start a CLEAR LIQUID diet. This means NO dairy and NO solid food beginning on 07/18/2022 upon awakening.
Avoid clear liquids that contain red or purple dye.

Liquids Allowed:
Water, fruit juice without pulp (white grape, white cranberry and apple only), popsicles, soda, broth or bouillon,
Kool-Aid, coffee or tea without milk, Jell-O, sports drinks.

Liquids NOT Allowed:
Milk, juice with pulp (orange or grapefruit juice) and alcohol. Avoid clear liquids that contain red or purple dye.

4.. Add water to the fill line of the prep container, mix and refrigerate.

5. Take all of your regular medications on bowel prep day unless specified by your physician. Do not take any NSAIDS such as Ibuprofen and Aleve x 5 days prior to procedure.

6. If you take oral diabetic medication, do not take it the morning of your procedure. You can restart after the procedure. If you take Insulin, call your primary care physician for instructions on your bowel prep day and procedure day.

7. If you take Aspirin 81 mg, you should stay on it. If you are on a prescription blood thinner, the nurse will call your physician and confirm you may take your last dose on [ ].

8. At 7:00 PM on 07/18/2022 drink the first half of the container of prep. Follow this with at least 16 ounces of clear liquids.

The Day of Your Colonoscopy
9. At 4:00 AM on 07/19/2022 drink the second half of the prep. Follow this with at least 16 ounces of clear liquid.

10. NOTHING BY MOUTH AFTER 7:00 AM on 07/19/2022.

## Current Meds
1. DHS Tar 0.5 % External Shampoo; SHAMPOO HAIR/SCALP AS DIRECTED;
   Therapy: 16Nov2021 to Recorded
2. Keppra 250 MG Oral Tablet (LevETIRAcetam); TAKE 1 TABLET BY MOUTH DAILY;
   Therapy: 16Nov2021 to Recorded
3. Methocarbamol 500 MG Oral Tablet; TAKE 2 TABLETS 4 TIMES DAILY AS NEEDED;
   Therapy: 16Nov2021 to Recorded
4. traMADol HCl - 50 MG Oral Tablet; TAKE 1 TABLET EVERY 6 HOURS PRN PAIN;
   Therapy: 12Jan2022 to (Evaluate:20Jan2022) Recorded
5. Vitamin E 200 UNIT Oral Tablet; Take 200 units by mouth daily;
   Therapy: 16Nov2021 to Recorded

## Allergies
1. Shellfish-derived Products
2. Sulfa Drugs

## Plan
Abdominal pain, RLQ (right lower quadrant), Blood in stool, Chronic constipation,
Dyspepsia
1. Start: Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET DAILY
2. CALPROTECTIN, STOOL; Status:Active; Requested for:31May2022;
3. Start: Polyethylene Glycol 3350 17 GM/SCOOP Oral Powder; MIX 17 GRAMS IN 8
   OUNCES OF WATER AND DRINK TWICE DAILY
4. CBC; Status:Active; Requested for:31May2022;
5. COMP MET PANEL; CMP; Status:Active; Requested for:31May2022;
6. CRP; C-REACTIVE PROTEIN; Status:Active; Requested for:31May2022;
7. FOOD ALLERGY PANEL; Status:Active; Requested for:31May2022;
8. H PYLORI AG, STOOL; Status:Active; Requested for:31May2022;
9. IgA QUANTITATIVE; Status:Active; Requested for:31May2022;
10. SED RATE; Status:Active; Requested for:31May2022;
11. TISSUE TRANSGLUTAMATE IgA & IgG; Status:Active; Requested for:31May2022;
12. TSH reflex to FREE T4; Status:Active; Requested for:31May2022;

## Signatures
Electronically signed by : ANNETTE MICHAEL-JEFFERSON (SIU), R.N.; May 31 2022  3:36PM CST

Exhibit # 35
3:23-cv-03245-JES-JEH  # 1-1   Filed: 08/01/23   Page 63 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Note**
**LOGAN CORRECTIONAL CTR Center**

Date:  07/18/2022 19:02                                                                                    Page 1 of 1

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| **Last Name** | **First Name** | MI | | |

Race: B                                   Gender: female                        Date of Birth: 08/17/1986
**INFIRMARY OFFENDER PROGRESS NOTE:**

Current Vitals: T: 97.3 (Temporal)    P: 75 (Sitting)    R: 17 / min    B/P:  121 / 73 (Sitting)
         Height: 67 In.    Weight: 185 Lbs.
Current Vitals Date: 6/30/2022

Allergies:        shellfish derived, Sulfa (Sulfonamide Antibiotics)

Date/Time: 7/18/2022 1900

**Subjective:**
"I am ready to get this over with"

**Objective:**
brought over to HCU at 1830. Starting bowel prep at 1900-to drink half of container of GoLytely prep and follow with 16oz of clear liquids. Voices no c/o pain/discomfort/nausea at this time.

**Assessment:**
scheduled for colonoscopy in AM

**Plan:**
follow prep orders.
to drink 2nd half of container at 0400 7/19/22 and follow with another 16oz clear liquids
NPO after 0700 7/19/22.

**Education:**
notify staff of needs

written by Angie Durr RN

Electronically Signed by HENRIKSON, DARLENE R.N. on 07/18/2022.
##And No Others##



**FILL TO THE TOP OF THE LINE ON BOTTLE**

**TO PHARMACIST AND PATIENT:**     NDC 52268-100-01
Mixing information is on base label.
Package insert may be removed before
dispensing.

**Dispense the enclosed Medication Guide to each patient.**

# GoLYTELY®

PEG-3350 and Electrolytes for Oral Solution

When reconstituted with water to a volume of 4 liters,
this solution contains PEG-3350 59 g/L, sodium sulfate
5.68 g/L, sodium bicarbonate 1.68 g/L, sodium chloride
1.47 g/L, and potassium chloride 0.743 g/L.

Each disposable jug contains, in powdered form,
polyethylene glycol 236 g, sodium sulfate (anhydrous)
22.74 g, sodium bicarbonate 6.74 g, sodium chloride
5.86 g, potassium chloride 2.97 g.

R only

A 05/21

PULL DOWN TO OPEN

6

52268 10001

**Manufactured by Braintree Laboratories, Inc., Braintree, MA 02185**
Marketed by



**Braintree**
A PART OF SEBELA PHARMACEUTICALS®

**GoLYTELY and other osmotic bowel preparations can cause serious side effects, including:**

**Serious loss of body fluid (dehydration) and changes in blood salts (electrolytes) in your blood.**

**These changes can cause:**

- **abnormal heartbeats (arrhythmias) that can cause death.**
- **seizures.** This can happen even if you have never had a seizure.
- **kidney problems.**

**Your chance of having fluid loss and changes in body salts with GoLYTELY is higher if you:**

- have heart problems.
- have kidney problems.
- take water pills or non-steroidal anti-inflammatory drugs (NSAIDS).

**Tell your healthcare provider right away if you have any of these symptoms of a loss of too much body fluid (dehydration) while taking GoLYTELY:**

- vomiting that prevents you from keeping down the solution.
- dizziness.
- urinating less often than normal.
- headache.

**See Section "What are the possible side effects of GoLYTELY" for more information about side effects.**

### What is GoLYTELY?

GoLYTELY is a prescription medicine used by adults to clean the colon before a colonoscopy or barium enema X-ray examination. GoLYTELY cleans your colon by causing you to have diarrhea (loose stools). Cleaning your colon helps your healthcare provider see the inside of your colon more clearly during your colonoscopy.

It is not known if GoLYTELY is safe and effective in children.

### Who should not take GoLYTELY?

Do not take GoLYTELY if your heathcare provider has told you that you have:

- a blockage in your bowel (obstruction).
- an opening in the wall of your stomach or intestine (bowel perforation).
- a very dilated intestine (toxic megacolon).
- problems with food and fluid emptying from your stomach (gastric retention).
- a problem with food moving too slowly through your intestines (ileus).
- an allergy to any of the ingredients in GoLYTELY. See the end of this Medication Guide for a complete list of ingredients in GoLYTELY.

Exhibit #36 C

3:23-cv-03245-JES-JEH  # 1-1  Filed: 08/01/23  Page 66 of 101

## What should I tell my healthcare provider before taking GoLYTELY?

**Before you take GoLYTELY, tell your healthcare provider if you:**

- have heart problems.
- have stomach or bowel problems.
- have ulcerative colitis.
- have problems with swallowing or gastric reflux.
- have a history of seizures.
- are withdrawing from drinking alcohol.
- have a low blood salt (sodium) level.
- have kidney problems.
- have any other medical conditions.
- are pregnant. It is not known if GoLYTELY will harm your unborn baby. Talk to your doctor if you are pregnant or plan to become pregnant.
- are breastfeeding or plan to breastfeed. It is not known if GoLYTELY passes into your breast milk. You and your healthcare provider should decide if you will take GoLYTELY while breastfeeding.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.

**GoLYTELY may affect how other medicines work.** Do not take medicines by mouth within 1 hour of starting GoLYTELY or after you start taking GoLYTELY. **Especially tell your healthcare provider if you take:**

- medicines for blood pressure or heart problems.
- medicines for kidney problems.
- medicines for seizures.
- water pills (diuretics).
- non-steroidal anti-inflammatory medicines (NSAID) pain medicines.
- laxatives.
- starch-based thickeners. For patients who have trouble swallowing, do not mix GoLYTELY with starch-based thickeners.

Ask your healthcare provider or pharmacist for a list of these medicines if you are not sure if you are taking any of the medicines listed above.

Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

How should I take GoLYTELY?

Exhibit # 37 2:23-cv-03245-JES-JEH  # 1-1   Filed: 08/01/23   Page 67 of 101

## BALL,ROSLIND (ID: R89720)
### Medications 08/25/2022 09:44

FIBER-LAX 625 MG TAB     1 TABS BID 03/21/2022 00:00 - 06/19/2022 00:00 AUTOSTOP   <SMITH, BONNIE M.D.>
*Special Instructions:*      *WITH FULL GLASS OF WATER*

POLYETHYLENE GLYCOL 3350 POWD     1 APPLICS QOD 03/25/2022 11:13 - 03/25/2022 12:27 NO LONGER NEEDED   <SMITH, BONNIE M.D.
*Special Instructions:*      *17 G IN 8 OUNCES WATER QOD PRN CONSTIPATION*

LACTULOSE 10 GM/15 ML SOLUTION     30 ML OOD 03/26/2022 00:00 - 06/24/2022 00:00 AUTOSTOP   <SMITH, BONNIE M.D.>

TAB-A-VITE WITH IRON TABLET     1 TABS QD 03/26/2022 00:00 - 06/24/2022 00:00 AUTOSTOP   <SMITH, BONNIE M.D.>

TRAMADOL HCL 50 MG TABLET     1 TABS TID 04/08/2022 13:26 - 07/07/2022 00:00 AUTOSTOP   <SMITH, BONNIE M.D.>

COLACE 100 MG CAPSULE     1 CAPS BID 04/27/2022 00:00 - 08/25/2022 00:00 AUTOSTOP   <TUCKER, KAITLYN A.R.N.P.>

AQUAPHOR OINTMENT     1 APPLICS QD 04/27/2022 11:40 - 05/27/2022 11:40 AUTOSTOP   <TIPTON, KRISTINA A.R.N.P.>

TRIPLE ANTIBIOTIC OINTMENT     1 APPLICS QD 04/29/2022 00:00 - 05/28/2022 06:03 ROLLOVER   <SMITH, BONNIE M.D.>

AQUAPHOR OINTMENT     1 APPLICS QID 05/04/2022 00:00 - 07/03/2022 00:00 AUTOSTOP   <SMITH, BONNIE M.D.>

TAMOXIFEN CITRATE 20 MG TAB     1 TABS QAM 05/17/2022 08:48 - 05/17/2022 08:50 REORDER   <SMITH, BONNIE M.D.>

BOOST ENERGY DRINK     1 ML QD 05/18/2022 00:00 - 08/16/2022 00:00 AUTOSTOP   <SMITH, BONNIE M.D.>
*Special Instructions:*      *PAPERWORK DONE*

IBUPROFEN 800 MG TABLET     1 TABS QAM/QHS 05/25/2022 00:00 - 06/24/2022 00:00 AUTOSTOP   <TIPTON, KRISTINA A.R.N.P.>

TRIAMCINOLONE 0.1% CREAM     1 APPLICS BID 05/27/2022 00:00 - 06/26/2022 00:00 AUTOSTOP   <SMITH, BONNIE M.D.>

TRIPLE ANTIBIOTIC OINTMENT     1 APPLICS BID 05/27/2022 00:00 - 06/26/2022 00:00 AUTOSTOP   <SMITH, BONNIE M.D.>

POLYETHYLENE GLYCOL 3350 POWD     1 MISCELL BID 06/07/2022 00:00 - 07/07/2022 00:00 AUTOSTOP   <TUCKER, KAITLYN A.R.N.P.>
*Special Instructions:*      *MIX WITH 8 OUNCES OF WATER AND DRINK TWICE DAILY*

PANTOPRAZOLE SODIUM 40 MG TAB     1 TABS QAM 06/08/2022 00:00 - 07/08/2022 00:00 AUTOSTOP   <TUCKER, KAITLYN A.R.N.P.>
*Special Instructions:*      *KOP*

DHS TAR GEL 0.5 % APPLICS     1 APPLICS Q 3DAYS 07/01/2022 00:00 - 07/28/2022 15:42 REORDER   <TIPTON, KRISTINA A.R.N.P.>
*Special Instructions:*      *KOP*

PEG 3350 ELECTROLYTE SOLN     236 ML QD 07/18/2022 00:00 - 07/19/2022 00:00 AUTOSTOP   <TUCKER, KAITLYN A.R.N.P.>
*Special Instructions:*      *RECONSTITUTE WITH 4000 ML H2O. PATIENT TO DRNK FIRST HALF OF PREP*
*7/178AT 7PM. DRINK SECOND HALF ON 7/10 AT 4AM.*

CITRATE OF MAGNESIA     295 ML NOW 07/18/2022 10:10 - 07/19/2022 10:10 AUTOSTOP   <JOHNSON, ARETHA A.R.N.P.>
*Special Instructions:*      *2 BOTTLES OF MAG CITRATE. DRINK 1ST BOTTLE OVER 30 MINUTES THEN 4*
*HOUR LATER DRINK THE OTHER BOTTLE OVER 30 MINUTES. THEN CALL THE*
*NEXT DAY TO GIVE RESULTS ON BOWEL CLEAN OUT.*

DIPHENHYDRAMINE 25 MG CAPSULE     1 CAPS NOW 07/19/2022 05:34 - 07/19/2022 23:59 AUTOSTOP   <DAVLIN, MEGAN A.N.P>

HYDROCORTISONE 1% CREAM     1 APPLICS BID 07/27/2022 00:00 - 08/03/2022 00:00 AUTOSTOP   <TIPTON, KRISTINA A.R.N.P.>

BENADRYL 25 MG TAB     1 TABS QHS 07/30/2022 00:00 - 08/06/2022 00:00 AUTOSTOP   <TIPTON, KRISTINA A.R.N.P.>

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

4N1u

Offender Name: Roslind Ball          ID #: R89920     Living Unit: 6-A-2

Job Assignment: Dietary          Shift: 2nd

Please refer to the directory located in your orientation manual and address proper personnel.

To: Shelley Russell DON / T.A. Healthcare Unit Administrator

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☒ other (specify) On 7-19-22 I had an

for the purpose of (explain): allergic reaction to "GoLYTELy" and was given a Benadryl. Infirmary Nurse
Cooper stated she called S.M.H. to inform them about my allergic reaction to ensure that they would be
able to proceed with my colonoscopy. Why wasn't any of this documented in my medical records by Nurse
Cooper.

Roslind Ball                                        8-26-22
_____Offender's Signature_____                 _____Date_____

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): _____     Remarks by supervisor (if necessary): AUG 2 9 2022
_____                      Mary statement by Nurse Sizk
_____                      Cooper
_____                      Shelli Russell Hurt

_____Print Staff Name_____                       _____Print Supervisor Name_____

_____Staff Signature_____  _____Date_____        _____Supervisor Signature_____  9/14/22 Date

Distribution:   Affected Unit

Printed on Recycled Paper                             DOC 0286 (Rev. 4/2010)

8

Exhibit #39 A

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

·301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:  Ball, Roslind                                                                12/14/22
                                                                                          Date
ID# :  R89720

Facility:  Logan

This is in response to your grievance received on  10/26/22 _____ This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 9/27/22 ___ Grievance Number: 9.289.22 ___ Griev Loc: Logan

- ☑ Medical 9/27/22, Dr. Tsang refused to address the issue of rectal bleeding, stating grievant is only being seen at the moment about breast cancer

- ☐ Dietary _____

- ☐ Personal Property _____

- ☐ Mailroom/Publications _____

- ☐ Staff Conduct _____

- ☐ Commisary / Trust Fund _____

- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____

- ☐ Disciplinary Report: Dated: _____ Incident # _____

- ☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
  _____

- ☐ Denied, in accordance with DR504F, this is an administrative decision

- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ☑ Other: _ndividual in Custody is advised to appropriately request Medical Unit for further health issues. This office is unable to substantiate grievant's claim of deliberate medical neglect.

FOR THE BOARD: _____        CONCURRED: _____
                      Adewale Kuforiji                                              Rob Jeffreys
                  Administrative Review Board                                        Director

CC: Warden, Logan _____ Correctional Center
    Ball, Roslind _____, ID# R89720

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit # 0395-BS-JEH

Exhibit # 0395-BS-JEH  # 1-1   Filed: 08/01/23   Page 70 of 101

Q 289.22     Housing Unit 6-N-2     Bed # 41

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 9-27-22 | Offender (please print): Roslind Ball | ID#: R89720 | Race (optional): |
|---|---|---|---|

| Present Facility: Logan Correctional Center | Facility where grievance issue occurred: Logan Correctional Center |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Discrimination, Malpractice
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report 9-27-22     Facility where issued Logan Correctional Center

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 8-31-22 I was informed by Wexford nursing staff that my Colorscopy/biopsy results (that was done on 7-19-22 at SMHt) had arrived which revealed that I suffer from Mild/Chronic Gastritis and Internal Hemorrhoids. I had been complaining about bleeding from my rectum since 10-09-20 to gynecolgist Dr. Morisetty. I explained to him that I was in fear of having Colon cancer. Dr. Morisetty explained to me that it would be best if I spoke with Dr. Tsang about this type of health issue. Dr.

[x] Continued on reverse

**Relief Requested:**

I am requesting punitive and consequential damages for my pain and suffering. I have had a lot of health/medical issues over the years and unfortunately due to my age and gender I received inadequate health care which resulted in years of complaints before actually having appointments scheduled with outside providers. Due to Wexfords doctors and nursing staff deliberate neglect and indifference the urgent healthcare that I needed-

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

Roslind Ball     R89720     9-27-22
Offender's Signature     ID#     Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**     Date Received: _____     [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

This counselor does not have the authority to override a medical professional's decision. Dr. Tsang no longer works for Wexford and is therefore unable to be interviewed by this counselor.

Seff     10/3/22
Print Counselor's Name     Sign Counselor's Name     Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.

_____
Chief Administrative Officer's Signature

2nd level
OCT 2022

Housing Unit: 6-N-2   Bed #: 21

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Morissetty referred me to speak with Dr. Tsang. Unfortunately Dr. Tsang never saw me about this particular medical issue. When I did see Dr. Tsang for other medical issues (breast cancer) I tried to speak to her about my rectal bleeding and how I was in fear of having colon cancer. Dr. Tsang refused to speak with me about this matter. Dr. Tsang said "Your here today to speak about your breast cancer nothing else." I tried to explain to her that Dr. Morissetty referred me to speak with her last year in October of 2020 and now it is September 07, 2021. Unfortunately Dr. Tsang refused to do anything about pertaining to my rectal bleeding. I had an appointment with Dr. Tsang again and showed her the medical record that stated Dr. Morissetty referred me to speak with her about my rectal bleeding. Dr. Tsang said "I never got that referral from Dr. Morissetty and futhermore does colon cancer run in your family? I said "No colon cancer does not run in my family but I've already told you that cancer runs in my family and that my father passed away from stomach cancer less than seven months ago." Dr. Tsang then said "It cost to much money to send you out for a colonoscopy and also because of my age they would not do that type of medical procedure. Dr. Tsang then said "I referred a friend of mine for a colonoscopy and she just turned forty and they refused to give her an colonoscopy because of her age so they are definately going to refuse you for one." Being denied basic and proper medical treatment has been an ongoing issue for me dealing with Wexfords doctors and nurses. When I complained of my breast bleeding from the nipple I was given antibiotics. When I asked to have a mammogram done. Dr. Tsang asked me did or does your mother or sister have breast cancer? I said "No". Dr. Tsang then said "then you don't have breast cancer either and your to young to go out for a mammogram". Dr. Tsang then said "I only send people out for mammograms if they are in their late 40s or early 50s. Unfortunately I continued to have breast pain for over a year and was finally sent out for a mammogram. After having the mammogram, the mammogram showed that I needed surgery. After having the surgery/biopsy revealed that I had breast cancer. In addition to this for years I asked could my fibroids be lasered off because I still wanted to be able to have children. I was told by both Dr. Ristic and Dr. Morissetty the only option I have is to have a hysterrectomy because to save my uterus is considered plastic surgery. I was told by both Dr. Ristic and Dr. Morissetty having my fibroids lasered off is a medical procedure that can be done at home but not here in I.D.O.C. Due to my constant bleeding I underwent the medical procedure. Dilitation and Cutterage on 8-12-19 which was suppose to help me from bleeding so badly and also I would still be able to have children. Even after this procedure was done I continued to bleed very heavily. When I saw Dr. Morissetty again I asked him could I have my fibroids lasered off? Dr. Morissetty said "Ms. Ball that type of medical procedure is something you can get done at home not here in I.D.O.C. your only option is a hysterectomy. After having the D and C in August of 2019 despite my complaints of heavy bleeding I was never given a pelvic ultrasound, pelvic sonogram (non obstetric) (with transvaginal ultrasound as I

| Assigned Grievance Administrator: | | | Housing Unit: _6-11-2_  Bed #: _L1_ |
|---|---|---|---|

| 1st Lvl rec. | | ILLINOIS DEPARTMENT OF CORRECTIONS<br>**Offender's Grievance** | 2nd Lvl rec: |

| Date:<br>_9-27-22_ | Offender (please print):<br>_Roslind Ball_ | ID#:<br>_R89920_ | Race (optional): |
|---|---|---|---|
| Present Facility:<br>_Logan Correctional Center_ | | Facility where grievance issue occurred:<br>_Logan Correctional Center_ | |

**Nature of grievance:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☒ Medical Treatment | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☒ Other (specify): | _Discrimination, malpractice_ | |
| ☐ Disciplinary Report | _9-27-22_<br>Date of report | _Logan Correctional Center_<br>Facility where issued | |

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_Was_

☒ Continued on reverse

**Relief Requested:**

_Was not provided which resulted in several surgeries I had to have and the loss of my ability to have children. I am also requesting that_ ~~except~~ _at any given time an Individual in custody speaks with any healthcare provider at L.C.C. that it would be properly documented_

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

| _Roslind Ball_ | _R89920_ | _9-27-22_ |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

| Chief Administrative Officer's Signature | Date |
|---|---|

Distribution: Master File, Offender    Page 3 of 4    DOC 0046 (Rev. 01/2020)

Housing Unit: **6-11-2**  Bed #: **21**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

was given before. I was only given an order for extra sanitary pads and toilet tissue. It wasn't until the medical procedure of a catscan was ordered for my abdomen by an outside doctor which revealed a large hyper-vascular mass within the uterine fundus. This has necrosis (local death of body tissue) This measures 10.7 x 12.7 x 13.2cm The ovaries are poorly seen findings concerning for a uterine malignancy such as sarcoma. When I was made aware of this medical issue I was informed two months prior that I had breast cancer. Due to the deliberate neglect of Wexford's doctors, and nursing staff I was never made aware of this hyper-vascular mass in my uterus. Dr. Kairouz of Cancer Care Specialist feared that this large mass was another type of cancer in my body other than the breast cancer that I was recently diagnosed with two months after finding this large mass in my uterus. Dr. Kairouz advised me to have a hysterectomy to ensure my life's longevity. After speaking with Dr. Kairouz I spoke with Dr. Moriseffy about this health issue I asked Dr. Moriseffy do I have to have an hysterectomy. Can I get my fibroids lasered off? Dr. Moriseffy said "No, you do not have to have a hysterectomy and yes you can have your fibroids lasered off now." I asked Dr. Moriseffy "Did a law or something change that will allow me to get my fibroids lasered off now?" Dr. Moriseffy said "No, no law has changed we just can't give women hysterectomies anymore because of certain people that are in the facility now". I then spoke with Dr. Tsang about this medical issue and she asked me "How old will I be when I'm released from prison" I said "Dr. Tsang I'll be 42 years old when I am released from prison. Dr. Tsang said "At that age you'll be to old to have children anyway and if you did have a child at that age, it would probably be born with birth defects. Unfortunately due to Wexford's doctors and nursing staff's deliberate indifference and negligence my ability to have children was taken from me. It is one thing a fibroid/mass at this size 5.5 x 4.3 x 3.9cm on 9-23-13 and then over the years of not being monitored it increased to 10.7 x 12.7 x 13.2cm by 11-11-21. Then to be informed by a doctor that the mass looks cancerous and masses that size can metasta-size and spread cancer throughout your entire body. The option to have a hysterectomy is not an option anymore. It's a matter of life or death. I was denied and ignored for years as I asked for my fibroids to be lasered off. I did not want to have a hysterectomy that's why I stayed on the depravra shot for five years, used birth control pills and had the medical procedure of the D and C done. My health being taken care of is an constant an ongoing issue. On the dates of July 18-19 of 2022 I was given "CoolYFTLY" to drink and had an allergic reaction to it because it contains sodium sulgate and I am allergic to sulga. I was given one Benadryl and already "used" tube of Hydrocortosie by infirmary nurse Cooper. When I asked infirmary nurse Cooper to please make sure that that she documents that I had an allergic reaction to the "CoolYFTLY" she did not do so. Despite nurse Cooper not documenting this incident I have a copy of my medication chart that shows that I was given one Benadryl at 5:43 am on 7-19-22. This just goes to show that for all the years that I've been complaine about my health Wexford's doctors and nurses were not documenting my complaints as they should have been. I should be afforded proper medical care despite my age or gender. Please do note

Exhibit #39 D

3:23-cv-03045-NES-JEH   # 1-1   Filed: 08/01/23   Page 74 of 101

Assigned Grievance #/Institution:

Housing Unit: 6-H-2   Bed #: L 1

1st Lvl rec:                                                                          2nd Lvl rec:

| Date: 9-27-22 | Offender (please print): Roslind Ball | ID #: R89720 | Race (optional): |
|---|---|---|---|

| Present Facility: Logan Correctional Center | Facility where grievance issue occurred: Logan Correctional Center |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [X] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [X] Other (specify): Discrimination, Malpractice
- [ ] Disciplinary Report   9-27-22   Logan Correctional Center
  - Date of report / Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____

_____

_____

_____

_____

_____

[X] Continued on reverse

**Relief Requested:**

_____

_____

_____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [X] Check if this is NOT an emergency grievance.

Roslind Ball                          R89720                    9-27-22
Offender's Signature                    ID#                         Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

Print Counselor's Name          Sign Counselor's Name          Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature                    Date

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Resolution _____   Housing Unit: 6-n-2   Bed #: 4

1st Lvl rec _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec _____

that the L.G.B.T.Q community that resides here has been given the
adequate healthcare that they need/want to ensure their lifespan/
longevity. Why should I be treated any differently? Please see
attached documents "21 pages of attached document"

Exhibit # 39 E

3:23-cv-03245-JES-JEH   # 1-1   Filed: 08/01/23   Page 76 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** October 5, 2022      **Date of Review:** October 14, 2022      **Grievance #** (optional): 9.289.22

**Offender:** Ball, Roslind      **ID#:** R89720

**Nature of Grievance:**

Individual is grieving that Wexfords doctors and nursing staff have deliberately neglected this individuals urgent healthcare needs.

**Facts Reviewed:** Per Healthcare Administrator S. Russell, Nursing staff does not have the authority to override what a medical doctor orders. Nursing staff does not have the authority to order medication without a medical doctor order. Doctor Tsang no longer works at this facility.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual in Custody's grievance is without merit.

Grievant was seen by medical. This Grievance Officer does not have the authority to evaluate clinical decisions made by a licensed health care professional.

Individual is grieving administrative policy. Per DR504, the grievance officer does not have the authority to change administraive policy.

Troy Chrans
_____
Print Grievance Officer's Name                                    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 10/17/22      ☑ I concur      ☐ I do not concur      ☐ Remand

**Comments:**

_____
Chief Administrative Officer's Signature                                              Date  10/17/22

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____
Offender's Signature                                    ID#                    Date

Exhibit# 40 A 3:23-cv-03245-JES-JEH   # 1-1    Filed: 08/01/23    Page 77 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Progress Notes
LOGAN CORRECTIONAL CTR Center

Date:  10/09/2020 13:54

| Offender Information | | | |
|---|---|---|---|
| BALL | ROSLIND | | ID#:  R89720 |
| Last Name | First Name | MI | |
| Race: B | Gender: female | Date of Birth: 08/17/1986 | |

**OB/GYN Offender Progress Note**

Current Vitals: T: 96.9 (Temporal)    P: 78 (Sitting)    R: 16 / min    B/P:  120 / 73 (Sitting)
Height: 67 in.    Weight: 213 Lbs.

Current Vitals Date: 10/9/2020

Allergies:   shellfish derived, Sulfa (Sulfonamide Antibiotics)

Active Problems:

        **Mental Health:**
        Depressive Disorder:   Other Specified Or Unspecified First Observed 10/5/2015 08:02PM

        **Not Specified:**
        Well Woman Examination First Observed 7/9/2014 07:04PM
        Seizures First Observed 7/23/2014 08:37AM
        Acne First Observed 7/23/2014 08:37AM
        Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
        Breast Discharge First Observed 2/17/2015 10:34AM
        Np Calluses First Observed 2/17/2015 11:16AM
        Menorrhagia First Observed 1/8/2016 03:12PM
        Uterine Fibroids First Observed 9/16/2016 12:54PM
        Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
        Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM

Medications:
DHS TAR GEL 0.5 %,    1 APPLICS TOPICALLY Q 3DAYS
LEVETIRACETAM 250 MG,    1 TABS ORAL(po) QAM
MAPAP 500 MG,    1 TABS ORAL(po) TID
VITAMIN E 200 UNITMG,    1 CAPS ORAL(po) QAM

**Date/Time**: 10/09/2020.



| Subjective: |
|---|
| Patient is here for pap smear. LMP-09/20/2020. Patient complains of rectal bleeding. |

| Objective: |
|---|
| Pelvic: Unremarkable. |

| Assessment: |
|---|
| 1. Menorrhagia-Leiomyoma of Uterus ( Pelvic U/S-11/13/2017-Uterus 13 x 9.9 x 10 cms )-Patient used Depo-Provera for 5 years and recently used OCP's and developed Hives x 2, so she stopped OCP's. 2. H/O cervical dysplasia. 2. S/P LEEP-Cook County-2012. 09/06/2013-ASCUS Hr HPV Positive. 4. Colpo-12/25/2013-ECC-Benign and cervical biopsy-LGSIL. 5. ASCUS-07/09/2014. 6. F/U Pap smear-01/28/2015. 7. ASCUS-09/13/2017. 8. ASCUS with HR HPV 16 Positive-01/19/2018. After counseling, Patient opted for Repeat pap smear. 9. Repeat Pap smear-01/11/2019-LGSIL. 10. S/p |

Exhibit # 40 B

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Progress Notes
LOGAN CORRECTIONAL CTR Center

Date:  10/09/2020 13:54

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | ROSLIND | | ID#: | R89720 |
| Last Name | First Name | MI | | |
| Race: B | Gender: female | Date of Birth: 08/17/1986 | | |

**OB/GYN Offender Progress Note**

Current Vitals: T: 96.9 (Temporal)    P: 78 (Sitting)    R: 16 / min    B/P:  120 / 73 (Sitting)
Height: 67 In.    Weight: 213 Lbs.

Current Vitals Date: 10/9/2020

Allergies:  shellfish derived, Sulfa (Sulfonamide Antibiotics)

Active Problems:

> **Mental Health:**
> **Depressive Disorder:**   Other Specified Or Unspecified First Observed 10/5/2015 08:02PM
>
> **Not Specified:**
> Well Woman Examination First Observed 7/9/2014 07:04PM
> Seizures First Observed 7/23/2014 08:37AM
> Acne First Observed 7/23/2014 08:37AM
> Screening For Diabetes Mellitus First Observed 12/10/2014 11:04AM
> Breast Discharge First Observed 2/17/2015 10:34AM
> Np Calluses First Observed 2/17/2015 11:16AM
> Menorrhagia First Observed 1/8/2016 03:12PM
> Uterine Fibroids First Observed 9/16/2016 12:54PM
> Abnormal Papanicolaou Smear Of Vagina And Vaginal Hpv First Observed 1/19/2018 01:59PM
> Localized Superficial Swelling Mass Or Lump First Observed 6/18/2020 11:41AM

Diagnostic hysteroscopy, D & C-08/14/2019-ECC-Benign and EMC-Benign. 11. Bilateral inguinal
Lymphadenopathy. 12. Repeat pap smear-03/02/2020-ASCUS.

**Plan:**

1. Pap smear done today. 2. RTO-2-3 weeks for pap smear results. Patient to see Dr.Tsang, MD for rectal
bleeding.

**Education:**

Electronically Signed by MORISETTY, VIDYA S. M.D. on 10/09/2020.
##And No Others##

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Ball, Roslind

10/31/22
Date

ID# : R89720

Facility: Logan

This is in response to your grievance received on **8/25/22**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 8/7/22    Grievance Number: 8/68.22    Griev Loc: Logan

- ☑ Medical 7/18/22, claims she was given sulfa, an allergic medication in preparation for medical procedure

- ☐ Dietary

- ☐ Personal Property

- ☐ Mailroom/Publications

- ☐ Staff Conduct

- ☐ Commissary / Trust Fund

- ☐ Conditions (cell conditions, cleaning supplies, etc.)

- ☐ Disciplinary Report: Dated: _____ Incident # _____

- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ☑ Other: Mixed. Facility Health Care Unit Administrator rightly addressed grievant's issue. However, Individual in Custody

was reportedly seen on 7/25/22 at sick call and ordered hydrocortisone for hives.

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden, Logan    Correctional Center
Ball, Roslind    ID# R89720

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit 24-cv-03245-JES-JEH  # 1-1    Filed: 08/01/23    Page 80 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
**Therapeutic Diet Order**
**LOGAN CORRECTIONAL CTR Center**

Date:  07/15/2022 09:08

| Offender Information | | | | |
|---|---|---|---|---|
| BALL | | ROSLIND | | ID#:  R89720 |
| Last Name | | First Name | MI | |

Race: B                              Gender: female                              Date of Birth: 08/17/1986

Current Vitals: T: 97.3 (Temporal)    P: 75 (Sitting)    R: <~CURR_RESP~>    B/P:  121 / 73 (Sitting)
Height: 67 in.   Weight: 185 Lbs.
Current Vitals Date: 6/30/2022

Allergies:     shellfish derived, Sulfa (Sulfonamide Antibiotics)

**Type of Request:**

☒ New Order          ☐ Renewal              ☐ Change            ☐ Cancel

**Diet Types:**

☒ Clear Liquid        ☐ Full Liquid          ☐ Medical/Dental Soft    ☐ Hepatic

☐ Low Cholesterol/    ☐ No Added Salt (4g)    ☐ Six Small Feedings
  Low Fat

☐ Broken Jaw (Pureed)  ☐ Low Concentrated Sweets  ☐ Low Concentrated Sweets/HS Snack

☐ Discontinued Therapeutic Diet

**Renal:**

☐ Protein:  Gm _____    ☐ Potassium    Gm: _____

☐ Sodium:  Gm _____    ☐ Phosphorous   Mg: _____

☐ Fluid: _____

**Comments:**

Pre-procedure. Avoid red or purple dye.

**Diet Duration:**     7/18/22

Per order of:     K. Tucker, APRN                                    ☐ Physician  ☐ Dentist
                              Type name of Physician/Dentist

**Medical Information:**

Allergies:       see above

Medication      NA

(If diabetic, include type and insulin dosage)

Potential Food and Drug Interactions:     ☒ No  ☐ Yes: _____

Electronically Signed by TUCKER, KAITLYN A.R.N.P. on 07/15/2022.
##And No Others##

Assigned Grievance Administrator:                                      Housing Unit: 6-D-2    Bed #: 4

| 1st Lvl rec'd: | | ILLINOIS DEPARTMENT OF CORRECTIONS **Offender's Grievance** | | 2nd Lvl rec'd: |

| Date: 8-07-22 | Offender (please print): Roslind Ball | ID #: R89720 | Race (optional): |
| Present Facility: Logan Correctional Center | | Facility where grievance issue occurred: Logan Correction Center | |

**Nature of grievance:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Medical Treatment | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☒ Other (specify): Logan Healthcare Department; Wexford Healthcare Services | | |
| ☐ Disciplinary Report | 8-07-22 Date of report | Logan Correction Center Facility where issued | |

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance".**

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
> Chief Administrative Officer, only if EMERGENCY grievance
> Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-18-22 Roslind Ball was housed on the infirmary unit at health care. Ms. Ball was housed there for 24 hours to ensure that she drank the medication "GoLYTELY" for her upcoming medical procedure which was a Colonoscopy that was scheduled for next day on 7-19-22. Ms. Ball was given the first half oz the "GoLYTELY" to drink by nurse Durr at 7:00pm on 7-18-22 At 4:00am 7-19-22 Ms. Ball was given her morning seizure medication called "Keppra" and the second half of the GoLYTELY to drink be

☒ Continued on reverse

**Relief Requested:**

Ms. Ball is requesting punitive and consequential damages for her pain and suffering. Due to Wexford Healthcare Staff's deliberate neglegence Ms. Ball was given GoLYTELY to drink. GoLYTELY contains (ingredients) sodium solfate. Ms. Ball is allergic to sulfa. Due to Ms. Ball consuming GoLYTELY for several days her body continuously broke out in hives for nine days she waited to be given Benadryl to help her

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

| Roslind Ball | R89720 | 8-07-22 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per DON Russell, "Ms. Ball reported a Sulfa antibiotic allergy. Ms. Ball's outside provider Dr. Abdu Sujied ordered the prep for the procedure, not Wexford Health Sources providers. When the order was placed into the computer there was no alect to not order the medication. If staff order a medication that a patient has an allergy to, the PEARL system will open an alert and the provider then has to provide a rationale as why the medication is being ordered an allergy being listed to the medication and they have to overrite the order. This did not happen with the colonoscopy prep, most likely due to the patient reported an allergy to Sulfa antibiotics only."

| Ball | | 8/9/22 |
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____   _____
Chief Administrative Officer's Signature          Date

Housing Unit: 6-n-2    Bed #: 11

infirmary nurse Cooper. Ms. Ball continued to drink the GoLYTELY as ordered by healthcare provider. As Ms. Ball continued to drink this GolyT "ELY" her skin began to burn and itch. Due to Ms. Ball's skin burning and itching, she asked C/O Billington when could she take a shower. Ms. Ball also informed C/O Billington that she had a writ to go on as well. C/O Billington allowed Ms. Ball to take a shower. When Ms. Ball entered the shower she noticed her body was broken out in hives. When Ms. Ball exited the shower she asked C/O Billington could she get the infirmary nurse for her to show her (the nurse) that her body was broken out in hives. Due to Ms. Ball's body being broken out in hives it caused her to read the ingredients on the "GoLYTELY" container (that was given to her by infirmary nurse Cooper) which clearly states on the front of the bottle "when reconstituted with water to volume of 4 liters, this solution contains PEG 3350 59 g/L, sodium sulfate 5.69 g/L, sodium bicarbonate 1.69 g/L, sodium chloride 1.47 g/L, and potassium chloride 0.743 g/L. Each disposable jug contains in powder form: polyethylene glycol 236 g, sodium sulfate (anhydrous) 22.74 g, sodium bicarbonate 6.74 g, sodium chloride 5.86 g, potassium chloride 2.97 g. When nurse Cooper entered Ms. Ball room and Ms. Ball showed her that her body was broken out in hives, nurse Cooper's response was "Girl what happened to you"? Ms. Ball said to nurse Cooper "I'm allergic to sulfa and this GoLYTELY I was made to drink has sodium sulfate in it. Ms. Ball then asked nurse Cooper "Are you not aware that I'm allergic to sulfa"? Nurse Cooper said "Yes I know that you are allergic to sulfa because it says that you are in your medical records". Nurse Cooper then apologized to Ms. Ball. Nurse Cooper then stated to Ms. Ball that "She was unaware that the GoLYTELY had sulfate in it but to be glad that my body only broke out in hives and that your body didn't go into Anaphylactic shock. Nurse cooper continued to say to Ms. Ball that she was not the one who ordered the GoLYTELY for Ms. Ball and that when medications are ordered it has to go through proper chains of commands. Her job is just to distribute it to me. Ms. Ball then asked nurse Cooper "How many people "Chain of command" did this order have to go through and no one stopped to read the ingredients that are clearly on the outside of container or if they did their research they would have realized that it would be very harmful to my health if I consumed it"? Nurse Cooper then stated to Ms. Ball "Unfortunately whoever ordered the GoLYTELY for you did not read the ingredients to see that it had sulfate in it, nor did they check your medical records that states "that you are allergic to sulfa. Ms. Ball then explained to nurse Cooper that she's already consumed 80-85% of the "GoLYTELY" and was afraid to continue to drink it. Due to this nurse Cooper immediately called SIU and explained to SIU staff that Ms. Ball had an allergic reaction after drinking "GoLYTELY". SIU staff explained to nurse Cooper that upon Ms. Ball's arrival at SIU because she had an allergic reaction to the "GoLYTELY" and was unable to finish drinking it, if needed they would give Ms. Ball an enema, so they would be able to procede with her

Exhibit 324-08824-JES-JEH # 1-1 Filed: 08/01/23 Page 83 of 101

Assigned Grievance Administrator _____     Housing Unit __6-17-2__  Bed # __11__

1st lvl rec. _____     2nd Lvl rec: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 8-07-22 | Offender (please print): Roslind Ball | ID #: R89730 | Race (optional): |

| Present Facility: Logan Correctional Center | Facility where grievance issue occurred: Logan Correctional Center |

**Nature of grievance:**

☐ Personal Property          ☐ Mail Handling          ☐ Medical Treatment          ☐ ADA Disability Accommodation

☐ Staff Conduct             ☐ Dietary               ☐ HIPAA                      ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility   ☒ Other (specify): Logan Healthcare Department, Wexford Healthcare Service

☐ Disciplinary Report    __8-07-22__                __Logan Correction Center__
                      Date of report                Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____
_____
_____
_____
_____

☒ Continued on reverse

Continued from page one
Relief Requested:

Cope with her outbreak of hives. Ms. Ball is also asking that before any medication is given to her that all ingredients are properly checked so that she is not given anything she is allergic too. The ingredients to the CoolYTELY were posted on the outside of the container.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

__Roslind Ball__          __R89730__          __8-07-22__
   Offender's Signature        ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
_____
_____
_____
_____
_____
_____

_____         _____         _____
Print Counselor's Name         Sign Counselor's Name          Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW**          Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____         _____
Chief Administrative Officer     Date

Assignment Orientation #Distribution.                    Housing Unit: 6-17-2   Bed #: 21

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1st Lvl rec:                                                                  2nd Lvl rec:

schedule Colonoscopy. Nurse Cooper reiterated the conversation
she had with SIU Staff with Ms. Ball. To help Ms. Ball cope
with her allergic reaction (hives, burning and itching skin) to the
"CoolYTLEY" She was given one dose of Benadryl and a
used tube of Hydrocortison Cream by nurse Cooper. In addition
to all of this Ms. Ball should have never been given the "CoolYTLEY"
to drink because she takes seizure medication her should she
been given her seizure medication prior to drinking the "CoolYTLEY"
On the container of the "CoolYTLEY" the medication guide clearly
states in the section labeled "Warnings And Precautions" Seizure:
Use caution in patients with history of seizures and patients at
increased risk of seizure, including medications that lower the seizure
threshold. Also medication buied to "CoolYTLEY" clearly states Do
NOT take medicine by mouth with 1 hour of starting "CoolYTLEY"
or after you start taking "CoolYTLEY", Espically tell your healthcare
provider if you take medicines for seizures. On 7-19-22 at
4:00am nurse Cooper gave Ms. Ball her seizure medication keppra
and handed her the container of "CoolYTLEY" and order her to
finish drinking it. Also medication buied states "Who should not
take "CoolYTLEY" if your healthcare provider has told you that you have
an allergy to any ingredients in CoolYTLEY" "Active ingredients are
sodium Sulfate (anhydrous)" Unfortunately Ms. Ball is allergic to
Sulfa and none of Wexford Healthcare Staff attempted to read
the ingredients that were attached to the outside of the
"CoolYTLEY" container. Neither did they attempt to read the medication
guied because if they did they would have never given Ms. Ball
the "CoolYTLEY" and her seizure medication keppra at the same
time. Due to Wexford's Healthcare Staffs deliberate negligence
Ms. Ball's health was once again jeparolized. Ms. Ball should have never
been given "CoolYTLEY" Ms. Ball should have been given a different
type of medical treatment such as tablet laxatives or an enema
verses "CoolYTLEY" to ensure that her health would not be in
jeopardy. Unfortunately Wexford Healthcare Healthcare Staff was
very careless in this manner because Ms. Ball medical records
clearly states she's allergic to sulfa. Ms. Ball has continued
to sign up for sickcall since the 20th - 22rd of July then
again on the 24th of July because she was still experincing
itching burning of her skin and breaking out in hives. The date
is 7-26-22 and she has not received anytype of medication
to help resolve her medical issues. In addition to Ms. Ball signing
up for sickcall she spoke with nurse Durr at medline on 7-21-22
and explained to Ms. Durr that while she (Ms. Ball) was in the infir-
mary on 7-18-22 that the "CoolYTLEY" she gave Ms. Ball to drink
caused her to have an allergic reaction to it because it contained
sulfate in it and Ms. Ball is allergic to sulfa. Nurse Durr Seud "shed
look into seeing if she could get Ms. Ball some Benadryl to help
with her itching and outbreak of hives. Ms. Ball also spoke
to Lt. D. Smith at 7:20pm on 7-21-22 about her current medical
issues. Lt. D. Smith wrote down Ms. Ball's name and IDOC # and
explained to Ms. Ball that "He'll see what medical staff has to say

Assigned Grievance Administrator: _____    Housing Unit __10-A-2__   Bed #: __4__

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 8-07-22 | Offender (please print): Roslind Ball | ID #: R89720 | Race (optional): |
|---|---|---|---|
| Present Facility: Logan Correctional Center | | Facility where grievance issue occurred: Logan Correctional Center | |

Nature of grievance:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify):
  8-07-22
  Date of report

- [ ] Medical Treatment
- [ ] HIPAA

Logan Healthcare Department, Wexford Healthcare Se
Logan Correctional Center
Facility where issued

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____

_____

_____

_____

_____

_____

[x] Continued on reverse

**Relief Requested:**

_____

_____

_____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [x] Check if this is NOT an emergency grievance.

Roslind Ball                    R89720                    8-07-22
Offender's Signature              ID#                      Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

Print Counselor's Name          Sign Counselor's Name          Date

Note to offender: if you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____    _____
Chief Administrative Officer's Signature          Date

Housing Unit: 6-n-2    Bed #: 21

about your medical issues". For nine days Ms. Ball's skin continued to burn and itch and break out in hives before she was given any medication (Benadryl) to help her cope with her allergic reaction from drinking "Gauffey". I have requested my medical records but I have yet to receive them yank I.D.O.C. When I do receive any these medical documents I will attach them to this grievance. As of right now I am choosing to file this grievance in a timely manner.

Exhibit #35 ?                3:23-cv-02343-JBS-JEH   # 1-1   Filed: 08/01/23   Page 87 of 101

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** August 11, 2022      **Date of Review:** August 17, 2022      **Grievance #** (optional): 8.68.22

**Offender:** Ball, Roslind _____      **ID#:** R89720 _____

**Nature of Grievance:** Medical Treatment

Individual is grieving that healthcare staff gave her a medication that had Sulfa in it. This individual is alergic to Sulfa and that is noted in their chart, it caused them pain and suffering.

**Facts Reviewed:** Interviewed Healthcare Unit Administrator S. Russell. S. Russell said, "Patient reported sulfa antibiotic allergy. Patient's outside provider Dr. Abdul Swied ordered the prep for the patient's procedure, not Wexford health sources providers. Wexford health sources providers do enter the orders from outside providers, due to the outside providers not having access to our EMAR. When a medication is ordered in PEARL, if there is an allergy to a medication the PEARL system alert will open and the provider has to provide a rationale as to why the medication is being ordered despite an allergy being listed. This did not happen with the colon prep.

Patient seen 7/25/22 by sick call and was ordered hydrocortisone cream for hives.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual in Custody's grievance is Affirmed.

Troy Chrans _____              _____
        Print Grievance Officer's Name                         Grievance Officer's Signature
        (Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 8|17|22        ☑ I concur        ☐ I do not concur        ☐ Remand

**Comments:**

_____                                    8|17|22
    Chief Administrative Officer's Signature                              Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          _____
    Offender's Signature                  ID#                  Date

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Ball, Roslind

ID#: R89720

Facility: Logan

10/31/22
Date

This is in response to your grievance received on **8/25/22** . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 8/7/22   Grievance Number: 8.68.22   Griev Loc: Logan

- ■ Medical 7/18/22, claims she was given sulfa, an allergic medication in preparation for medical procedure
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ■ Other: Mixed. Facility Health Care Unit Administrator rightly addressed grievant's issue. However, Individual in Custody

was reportedly seen on 7/25/22 at sick call and ordered hydrocortisone for hives.

FOR THE BOARD:                                        CONCURRED:

Adewale Kuforiji
Administrative Review Board

Rob Jeffreys
Director

CC: Warden, Logan _____ Correctional Center
Ball, Roslind _____ , ID# R89720

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit H33B

ILLINOIS DEPARTMENT OF CORRECTIONS
**Therapeutic Diet Order**
**LOGAN CORRECTIONAL CTR Center**

Date:   07/15/2022 09:08

**Offender Information**

| BALL | ROSLIND | | ID#:  R89720 |
|---|---|---|---|
| Last Name | First Name | MI | |

Race: B                              Gender: female                         Date of Birth: 08/17/1986

Current Vitals: T: 97.3 (Temporal)   P: 75 (Sitting)   R: <~CURR_RESP~>   B/P:  121 / 73 (Sitting)
Height: 67 In.   Weight: 185 Lbs.
Current Vitals Date: 6/30/2022

Allergies:       shellfish derived, Sulfa (Sulfonamide Antibiotics)

**Type of Request:**

☒ New Order          ☐ Renewal              ☐ Change              ☐ Cancel

**Diet Types:**

☒ Clear Liquid        ☐ Full Liquid          ☐ Medical/Dental Soft   ☐ Hepatic
☐ Low Cholesterol/    ☐ No Added Salt (4g)   ☐ Six Small Feedings
    Low Fat
☐ Broken Jaw (Pureed)   ☐ Low Concentrated Sweets   ☐ Low Concentrated Sweets/HS Snack
☐ Discontinued Therapeutic Diet

**Renal:**

☐ Protein:  Gm                          ☐ Potassium    Gm:
☐ Sodium:  Gm                           ☐ Phosphorous   Mg:
☐ Fluid:

**Comments:**

Pre-procedure. Avoid red or purple dye.

**Diet Duration:**   7/18/22

Per order of:      K. Tucker, APRN                              ☐ Physician   ☐ Dentist
                          Type name of Physician/Dentist

**Medical Information:**

Allergies:      see above

Medication     NA
                          (If diabetic, include type and insulin dosage)

Potential Food and Drug Interactions:   ☒ No  ☐ Yes:

Electronically Signed by TUCKER, KAITLYN A.R.N.P. on 07/15/2022.
##And No Others##

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** August 11, 2022      **Date of Review:** August 17, 2022      **Grievance #** (optional): 8.68.22

**Offender:** Ball, Roslind                               **ID#:** R89720

**Nature of Grievance:** Medical Treatment

Individual is grieving that healthcare staff gave her a medication that had Sulfa in it. This individual is alergic to Sulfa and that is noted in their chart, it caused them pain and suffering.

**Facts Reviewed:** Interviewed Healthcare Unit Administrator S. Russell. S. Russell said, "Patient reported sulfa antibiotic allergy. Patient's outside provider Dr. Abdul Swied ordered the prep for the patient's procedure, not Wexford health sources providers. Wexford health sources providers do enter the orders from outside providers, due to the outside providers not having access to our EMAR. When a medication is ordered in PEARL, if there is an allergy to a medication the PEARL system alert will open and the provider has to provide a rationale as to why the medication is being ordered despite an allergy being listed. This did not happen with the colon prep.

Patient seen 7/25/22 by sick call and was ordered hydrocortisone cream for hives.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual in Custody's grievance is Affirmed.

Troy Chrans
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 8/17/22      ☑ I concur      ☐ I do not concur      ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                    8/17/22
                                                            Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                    ID#                    Date

Assigned Grievance Administrator: _____    8.68.02    Housing Unit: 6-A-2   Bed #: 4

1st Lvl rec.: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec.: _____

| Date: 8-07-22 | Offender (please print): Roslind Ball | ID #: R89920 | Race (optional): |
|---|---|---|---|
| Present Facility: Logan Correctional Center | | Facility where grievance issue occurred: Logan Correction Center | |

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☒ Other (specify): Logan Healthcare Department, Wexford Healthcare Services
☐ Disciplinary Report ____8-07-22____ ____Logan Correction Center____
                        Date of report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-18-22 Roslind Ball was housed on the infirmary unit at health care.
Ms. Ball was housed there for 24 hours to ensure that she drank the medical
"GoLYTELY" for her upcoming medical procedure which was a Colonoscopy
that was scheduled for next day on 7-19-22. Ms. Ball was given the first
half of the "GoLYTELY" to drink by nurse Durr at 7:00pm on 7-18-22
At 4:00am 7-19-22 Ms. Ball was given her morning seizure medication
called "Keppra" and the second half of the GoLYTELY to drink by

☒ Continued on reverse

**Relief Requested:**

Ms. Ball is requesting punitive and consequential damages for her pain and suffering.
Due to Wexford Healthcare Staffs deliberate negligence Ms. Ball was given GoLYTELY to
drink. GoLYTELY contains (ingredients) sodium sulfate. Ms. Ball is allergic to sulfa. Due
to Ms. Ball consuming GoLYTELY for several days her body continuously broke
out in hives for nine days she waited to be given Benedryl to help her

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

_Roslind Ball_                    _R89920_                    _8-07-22_
Offender's Signature                  ID#                        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per DON Russell, "Ms. Ball reported a Sulfa antibiotic allergy. Ms. Ball's outside provider Dr. Abd
Swied ordered the prep for the procedure, not Wexford Health Services providers. When the order was
placed into the computer there was no alert to not order the medication. If staff order a medication
that a patient has an allergy to, the PEARL system will open an alert and the provider then has to
provide a rationale on why the medication is being ordered despite an allergy being listed to the
medication and they have to override the order. This did not happen with the colonoscopy prep, most
likely due to the patient reported an allergy to Sulfa antibiotics only."

_Ball_                          _Ball_                    8/9/22
Print Counselor's Name          Sign Counselor's Name         Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____
Chief Administrative Officer's Signature                         Date _____

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev.)

Assigned Grievance #/Institution                                    Housing Unit: 6-11-2    Bed #: 21

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1st Lvl rec:                                                          2nd Lvl rec:

infirmary nurse Cooper. Ms. Ball continued to drink the CoolYTLEY as ordered by healthcare provider. As Ms Ball continued to drink this CoolYT "ELY" her skin began to burn and itch. Due to Ms. Ball's skin burning and itching, she asked C/O Billington when could she take a shower as well. C/O Billington allowed Ms. Ball that she had a writ to grin as well. C/O Billington allowed Ms. Ball to take a shower. When Ms. Ball entered the shower she noticed her body was broken out in hives. When Ms. Ball exited the shower she asked C/O Billington could she get the infirmary nurse for her to show her (the nurse) that her body was broken out in hives. Due to Ms. Ball's body being broken out in hives it caused her to read the ingredients on the "CoolYTLEY" container (that was given to her by infirmary nurse Cooper) which clearly states on the front of the bottle "When reconstituted with water to volume of 4 liters, this solution contains PEG 3350 59 g/L, sodium sulfate 5.69 g/L, sodium bicarbonate 1.69 g/L, sodium chloride 1.47 g/L, and potassium chloride 0.743 g/L. Each disposable jug contains in powder form: polyethylene glycol 236 g, sodium sulfate (anhydrous) 22.74 g, sodium bicarbonate 6.74 g, sodium chloride 5.86 g, potassium chloride 2.97 g. When nurse Cooper entered Ms. Ball room and Ms. Ball showed her that her body was broken out in hives, nurse Cooper's response was "Girl what happened to you"? Ms. Ball said to nurse Cooper "I'm allergic to sulfa and this CoolYTLEY I was made to drink has sodium sulfate in it. Ms. Ball then asked nurse Cooper "Are you not aware that I'm allergic to sulfa"? Nurse Cooper said "Yes I know that you are allergic to sulfa because it says that you are in your medical records". Nurse Cooper then apologized to Ms. Ball. Nurse Cooper then stated to Ms. Ball that "she was unaware that the CoolYTLEY had sulfate in it but to be glad that my body only broke out in hives and that your body didn't go into Anaphylectic Shock. Nurse Cooper continued to say to Ms. Ball that "she was not the one who ordered the CoolYTLEY for Ms. Ball and that when medications are ordered it has to go through proper chains of commands. Her job is just to distribute it to me. Ms. Ball then asked nurse Cooper "How many people "Chain of Command" did this order have to go through and no one stopped to read the ingredients that are clearly on the outside of container or if they did their research they would have realized that it would be very harmful to my health if I consumed it"? Nurse Cooper then stated to Ms. Ball "Unfortunately whoever ordered the CoolYTLEY for you did not read the ingredients to see that it had sulfate in it, nor did they check your medical records that states that you are allergic to sulfa. Ms. Ball then explained to nurse Cooper that she's already consumed 80-85% of the "CoolYTLEY" and was afraid to continue to drink it. Due to this nurse Cooper immediately called S.I.U and explained to S.I.U staff that Ms. Ball had an allergic reaction after drinking "CoolYTLEY". S.I.U staff explained to nurse Cooper that upon Ms. Ball's arrival at S.I.U because she had an allergic reaction to the "CoolYTLEY" and was unable to finish drinking it, if needed they would give Ms. Ball an enema, so they would be able to procede with her

Distribution: Master File; Offender                      Page 2 of 2                      DOC 0046 (Rev. 01/2000)

Assigned Grievance Administration:                                    Housing Unit 67-2  Bed # 41

1st Lvl rec:                          ILLINOIS DEPARTMENT OF CORRECTIONS                2nd Lvl rec:
                                              **Offender's Grievance**

| Date: 8-07-22 | Offender (please print): Roslind Ball | ID #: R89720 | Race (optional): |

| Present Facility: Logan Correctional Center | Facility where grievance issue occurred: Logan Correctional Center |

**Nature of grievance:**

☐ Personal Property          ☐ Mail Handling          ☐ Medical Treatment          ☐ ADA Disability Accommodation

☐ Staff Conduct              ☐ Dietary                ☐ HIPAA                      ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility  ☒ Other (specify): Logan Healthcare Department, Wexford Healthcare Service

☐ Disciplinary Report ___8-07-22___        Logan Correction Center
                        Date of report              Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
   issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____

_____

_____

_____

_____

_____

Continued from page one                                              ☒ Continued on reverse
**Relief Requested:**

Cope with her outbreak of hives. Ms. Ball is also asking that before any medication is given to her that all ingredients are properly checked so that she is not given anything she is allergic too. The ingredients to the GoLYTELY were posted on the outside of the container.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

_Roslind Ball_                          _R89720_                      _8-07-22_
      Offender's Signature                         ID#                        Date

                          (Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW:**        Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____                          _____
      Chief Administrative Officer's Signature              Date

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

schedule colonoscopy. Nurse Cooper reiterated the conversation she had with S.I.U Staff with Ms. Ball. To help Ms. Ball cope with her allergic reaction (hives, burning and itching skin) to the "CoolYTLEY" She was given one dose of Benadryl and a used tube of Hydrocortison Cream by nurse Cooper. In addition to all of this, Ms. Ball should have never been given the "CoolYTLEY" to drink because she takes seizure medication nor should she been given her seizure medication prior to drinking the "CoolYTLEY" On the container of the "CoolYTLEY" the medication guide clearly states in the section labeled "Warnings And Precautions" Seizure. Use caution in patients with history of seizures and patients at increased risk of seizure, including medications that lower the seizure threshold. Also medication Period of "CoolYTLEY" clearly states Do NOT take medicine by mouth with 1 hour of starting "CoolYTLEY" or after you start taking "CoolYTLEY", Especially tell your healthcare provider if you take medicines for seizures. On 07-19-22 at 4:00 am nurse Cooper gave Ms. Ball her seizure medication keppra and handed her the container of "CoolYTLEY" and order her to finish drinking it. Also medication Guide states "Who should not take "CoolYTLEY" if your health care provider has told you that you have an allergy to any ingredients in CoolYTLEY "Active ingredients are sodium sulfate (anhydrous)" Unfortunately Ms. Ball is allergic to Sulfa and none of Wexford Healthcare Staff attempted to read the ingredients that were attached to the outside of the "CoolYTLEY" container. Neither did they attempt to read the medication Guied because if they did they would have never given Ms. Ball the "CoolYTLEY" and her seizure medication Keppra at the same time. Due to Wexford's Healthcare Staff deliberate negligence Ms. Ball's health was once again jeparcized, Ms. Ball should have never been given "CoolYTLEY". Ms. Ball should have been given a different type of medical treatment such as laxatives or an enema verses "CoolYTLEY" to ensure that her health would not be in jeopardy. Unfortunately Wexford Healthcare Healthcare Staff was very Careless in this manner because Ms. Ball medical records clearly states she's allergic to sulfa. Ms. Ball has continued to sign up for sickcall since the 20th - 22rd of July then again on the 24th of July because she was still experincing itching, burning of her skin and breaking out in hives. The date is 7-26-22 and she has not received any type of medication to help resolve her medical issues. In addition to Ms. Ball signing up for sickcall she spoke with nurse Durr at medline on 7-21-22 and explained to Ms. Durr that while she (Ms. Ball) was in the infirmary on 7-18-22 that the "CoolYTLEY" she gave Ms. Ball to drink caused her to have an allergic reaction to it because it contained sulfate in it and Ms. Ball is allergic to sulfa. Nurse Durr said "She'd look into seeing if she could get Ms. Ball some Benadryl to help with her itching and outbreak of hives. Ms. Ball also spoke to LT. D. Smith at 7:20pm on 7-21-22 about her current medical issues. LT. D. Smith wrote down Ms. Ball's name and I.D.O.C # and explained to Ms. Ball that "he'll see what medical staff has to say

Exhibit # 33 F

Assigned Grievance Administration:                                          Housing Unit 6-N-2   Bed # 4

1st Lvl rec:                          ILLINOIS DEPARTMENT OF CORRECTIONS                2nd Lvl rec:
                                            **Offender's Grievance**

| Date: 8-07-22 | Offender (please print): Roslind Ball | ID #: R89720 | Race (optional): |

| Present Facility: Logan Correctional Center | Facility where grievance issue occurred: Logan Correctional Center |

**Nature of grievance:**

☐ Personal Property        ☐ Mail Handling        ☐ Medical Treatment        ☐ ADA Disability Accommodation

☐ Staff Conduct            ☐ Dietary              ☐ HIPAA                    ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility   ☒ Other (specify): Logan Healthcare Department, Wexford Healthcare S

☐ Disciplinary Report    8-07-22                  Logan Correctional Center
                        Date of report                          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____

_____

_____

_____

_____

_____

_____

                                                                        ☒ Continued on reverse

**Relief Requested:**

_____

_____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

Roslind Ball                          R89720                    8-07-22
       Offender's Signature                      ID#                        Date

                        (Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

_____

_____        _____        _____
   Print Counselor's Name           Sign Counselor's Name              Date

Note to offender: if you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____        _____
   Chief Administrative Officer's Signature              Date

Distribution: Master File: Offender                Page 5 of 6                DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution _____     Housing Unit: 6-D-2     Bed #: 21

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____     2nd Lvl rec: _____

about your medical issues" For nine days Ms. Balls skin continued
to burn and itch and break out in hives before she was given any
medication (Benadryl) to help her cope with her allergic reaction
from drinking GoLYTELY. I have requested my medical records
but I have yet to receive them from I.D.O.C. When I do
receive my these medical documents I will attach them to this
grievance. As of right now I am choosing to file this grievance
in a timely manner.

Exhibit #26 A:

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Ball, Roslind

ID# : R89720

Facility: Logan

10/4/22
Date

This is in response to your grievance received on 7/27/22 _____. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 6/30/22     Grievance Number: 7.12.22     Griev Loc: Logan

- ☒ Medical 6/8/22, states turned in pharmacy sticker for prescription medication but medication was not received

- ☐ Dietary _____

- ☐ Personal Property _____

- ☐ Mailroom/Publications _____

- ☐ Staff Conduct _____

- ☐ Commissary / Trust Fund _____

- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____

- ☐ Disciplinary Report: Dated: _____ Incident # _____

- ☐ Other _____

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed
_____

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Other: _____

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden, Logan _____ Correctional Center
    Ball, Roslind _____ ID# R89720

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

7.12.22

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Housing Unit: 6-77-2   Bed #: L1
2nd Lvl rec'd

| Date: 6-30-22 | Offender (please print): Roslind Ball | ID #: R89720 | Race (optional): |

Present Facility: Logan Correctional Center
Facility where grievance issue occurred: Logan Correctional Center

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Logan Healthcare Department, Dr. Smith, Wexford Healthcare Service
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

6-30-22   Logan Correctional Center
Date of report   Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 6-08-22 I turned my pharmacy sticker in for my medication Tamoxifen. I have been prescribed Tamoxifen because I was diagnosed with breast cancer. Tamoxifen is a medication that is suppose to help prevent the cancer from returning to my left breast and spreading to my right breast. On 5-13-22 I spoke with Dr. Kairouz of B.C.C.I. he informed me that it is very important for me to continue to take the medication Tamoxifen every day for the next five years. Dr. Kairouz
[x] Continued on reverse

**Relief Requested:**

I am requesting punitive and consequential damages for my pain and suffering. For several days I have been without my medication Tamoxifen. Not having this medication is detrimental to my health. Also I am asking that despite what may be going on in this prison, that my medication be ordered. I don't want my life to continue to be in jeopardy because I can not receive my needed medication.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Roslind Ball | R89720 | 6-30-22 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 7/6/22   [x] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Spoke with Pharmacy tech Colling who stated that the medication Tamoxifen had ran out for ~~approximately~~ approximately 1 to 2 days. Colling stated it was filled 6/28, received at Logan on 6/29, and given to Ball on 6/30.

| Croff | | 7/7/22 |
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

| DonnaMau Cox | 7/12/22 |
| Chief Administrative Officer's Signature | Date |

Assigned Grievance #/Institution                                    Housing Unit: 6-h-2    Bed #: 11

1st Lvl rec:                                    ILLINOIS DEPARTMENT OF CORRECTIONS                    2nd Lvl rec:
                                               **Offender's Grievance**

explained to me if not taken properly (every day) there is a high chance of the cancer coming back and that it could spread not only in my breast but also in other parts of my body. Prior to writing this grievance I asked different nurses could they order my Tamoxifen. The response I was given was drop a request form to pharmacy; I the explained to them I had already turned my sticker for my Tamoxifen in weeks ago, and I have yet to receive my medication. Different nurses replyed to me with the same answer "Just be patient" The response I was given caused me to ask several nurses at C.C.C. "Why is it so hard for my medication to be ordered properly". Once again I was given the same response from the different Wexford nurses at C.C.C. "It's the pharmacist job to order your medication not the nurses". Not receiving my medication properly is an constant on-going issue. When the pharmacist were "locked out" from 6-12-22 to 6-14-22 I did not receive six doses of my pain medication Tramadol. When I asked Wexford nurses why was I not receiving my medication? The response I was given by Wexford nurses was "They Wexford nurses don't have the authority to order my medication and it's the pharmacist fault that they didn't order your Tramadol not ours" I have since then signed up for nurse sick call on 6-25-22 and 6-26-22 to ask them to order my Tamoxifen but I have yet to called or seen by nurse sickcall

EXHIBIT #26C

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** July 15, 2022          **Date of Review:** July 20, 2022          **Grievance #** (optional): 7.12.22

**Offender:** Ball, Roslind                                                    **ID#:** R89720

**Nature of Grievance:** Medication

Individual is grieving Health Care for not having their medication.

**Facts Reviewed:** Interviewed Mental Health Director of Nursing S. Russell. S. Russell said, "There is an active medication order in the computer. this individual is receiving their medication.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual in Custody's grievance is without merit.

Grievant was seen by medical. This Grievance Officer does not have the authority to evaluate clinical decisions made by a licensed health care professional.

Troy Chrans
_____
Print Grievance Officer's Name                                         Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7/20/22          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                                         7/20/22
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____
Offender's Signature                         ID#                         Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

