**FILED**

**AUG 1 2023**

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Office Of the Clerk,

Please send me a copy of my petition marked, filed, stamped, with the date filed and the tracker number. Please and thank you.

Roslind Ball #R89720